# Exhibit 1
# Part 5

and property contaminated resulted. Heavy marine traffic and continual erosion and loss of land occurred. The marshland lost hurricane resistance. Marine operations were much more expensive than land operations.

Permanent Development including roads and increased infrastructure: This is a preferred method based on industry knowledge and compliance with laws and regulations. It also protects the environment. A limited number of roads are built to central areas where land operations could be conducted. There are many openings in the roads to allow for water flow. These opening include bridges and/or large culverts. Directional drilling from four or five main well pads. This method would result in much shorter flowlines that would lower back pressure, reduced friction losses, generate higher ultimate recoveries and higher profitability. Produced water is reinjected to avoid overboard discharges. Voidage replacement rate would be maintained at 1. Water level and vegetation would be controlled with minimal land loss and property not contaminated. Minimal restoration would be needed. Land operations are much less expensive than marine operations.

Permanent development plans were being followed (in the 1940's and later) in other areas of Louisiana, particularly in the coastal zone. These plans require putting in roads to make locations and tank batteries accessible with land equipment. Directional drilling was developed in the late 1920's by Eastman and Sperry. Directional drilling could be done from a fixed platform or from manmade islands in the marsh. Minimal damage is done to the wetlands. Directional and/or satellite drilling is done from the land surface pads. The pads have the advantage of minimizing marine traffic and greatly reducing land lose while increasing hurricane resistance from a healthy vegetated wetland.

Permanent Development including roads with more tank batteries:

Same approach as Permanent Development but with five or more tank batteries that significantly reduced the number of flowlines needed. Also, well locations would be impounded and levied marsh areas interconnected for well locations. Multiple wells would be directional drilled from the same well location area. Water level controls remove water to build location pads for drilling and completing wells. The operator is able to control water level and vegetate marsh.

*(end CN insert)*

The difference between the impacts of directional drilling and the methods utilized in the Bayou Gentilly case area are set out in the following figures. It is clear that the total length of constructed canal and dredge spoil disposal, and consequently the impacted marshland acres, could have been significantly reduced had these techniques been utilized.




*FIGURE 56: Conceptual diagram showing the radius attainable by directional drilling in the 1940's and the various well sites and canals (apart from the central one) that could have been avoided had this alternative been utilized.*




*FIGURE 57.1: Hypothetical application of the directional drilling concept, 1/2-mile drill radius, to the Delacroix Island oil field showing that the field could have been substantially developed by Texaco with a total of approximately 8 drilling sites, shown in yellow, at existing early drilling locations (1940-1951), rather than the numerous separate wells that were drilled, shown in pink. (Non-defendant wells are grey.)*




*FIGURE 57.2: Utilizing the centralized drill sites indicated, the total lengths of canals could have been substantially reduced. Hypothetical early canal layout shown in black, with later 1953 extension to original 1944 east-west canal shown dashed.*




*FIGURE 57.3: Hypothetical application of the directional drilling concept, <u>1-mile drill radius</u>, to the Delacroix Island oil field showing that the field could have been substantially developed by Texaco with a total of 2 drilling sites, shown in yellow, at existing early drilling locations (1940 & 1951), rather than the numerous separate wells that were drilled, shown in blue. (Non-defendant wells are grey.)*




*FIGURE 57.4: Utilizing the centralized drill sites indicated, the total lengths of canals could have been substantially reduced. Hypothetical canal layout to centralized drill facilities shown in black.*

**2. Elimination of Impediments and Impoundments (canals)**

As discussed in Section IV, impediments and impoundments contributed to the loss of wetlands throughout the Bayou Gentilly case area. These impediments and impoundments were caused or contributed to in large part due to the hydrologic interference represented by dredged canals and associated spoil disposal. These hydrologic impacts develop over time. Post 1980, as impacts began to be seen within the various fields within the Bayou Gentilly case area, the oil and gas defendants could have taken actions to mitigate the impact of these past dredging and spoil disposal activities that continued to generate impacts.

As wells were determined to be dry holes, and as formerly producing wells plugged and abandoned, well sites and keyhole canals should have been filled to original marsh elevations, with dredge spoil banks eliminated in the process, thereby restoring the impacted hydrology. Shared use canals could have also been filled to the extent that wells accessed from a shared canal were also abandoned. Similarly, the various remnants of field equipment, particularly flowlines that allowed the ponding of water, could have been filled and restored as marsh along with any well pads.

Given the small number of permits for site clearing, this restoration activity appears to be almost absent from the Bayou Gentilly case area. **No canals were filled and restored after the wells they led to were plugged and abandoned.**

**Produced water Discharge alternatives**

The discharge of produced brine could have been totally avoided by the use of injection wells. Injections wells were available from the beginning of the development of the Bayou Gentilly case area but were not utilized until approximately 1993.

## LITERATURE CITED

### *Charles Norman PE References*

American Petroleum Institute, Division of Production, 1944. Drilling and Production Practice

Stream Control Commission, State of Louisiana, 1953. Rules Governing Disposal of Waste Oil, Oil Field Brine and all other Materials Resulting from the Drilling for, Production of, or Transportation of Oil, Gas or Sulphur, as amended January 27, 1953.

US Environmental Protection Agency, Office of Solid Waste and Emergency Response, December 1987. Report to Congress: Management of Wastes from the Exploration, Development and Production of Crude Oil, Natural Gas and Geothermal Energy (Executive Summaries).

US Bureau of Mines, Department of the Interior, 1929. Schmidt Ludwig and Devine, John, Report of Investigations: The Disposal of Oil Field Brines, reprinted February, 1937.

### *Paul Templet PhD References*

OCM, A Coastal User's Guide to the Louisiana Coastal Resources Program, DNR.

Coastal Zone Management Program, Statutes, Regulations and Association Materials, Feb. 2010 (LAC 43, Part 1)

FEIS: Louisiana Coastal Resources Program Final Environmental Impact Statement (1980), US Dept. of Commerce, NOAA, Office of CZM and Louisiana Dept of Natural Resources, Coastal Management Section.

Barnhill, (Oct. 31, 2011), Report in Sweet Lake Land and Oil Co. LLC v Exxon Mobil, et al.

Stone, et al, and Templet, P. H., (1979), Developing Management Guidelines for Oil and Gas Activities: the Louisiana Experience, Coastal Zone Management. Journal, 6(l), 1979.

### *Ron Sass PhD References*

Bass, A. & Turner, R. E., 1987. Relationships between salt marsh loss and dredged canals in three south Louisiana estuaries. Journal of Coastal Research 13:895-903.

Cahoon, D.R. and Turner, R.E., 1989. Accretion and canal impacts in a rapidly subsiding wetland. II: feldspar marker horizon technique. Estuaries, 12(4), 260–268.

Nichols, L.G., 1959. Rockefeller Refuge Levee Study. New Orleans: Louisiana Wildlife Fisheries Commission. Refuge Division Technical Report, 17 p.

Swenson, E.M. and Turner, R.E., 1987. Spoil banks: effects on a coastal marsh water level regime. Estuarine, Coastal and Shelf Science, 24, 599–609.

Turner, R.E. and Rao, Y.S., 1990. Relationships between wetland fragmentation and recent hydrologic changes in a deltaic coast. Estuaries, 13(3), 272–281.

Turner, R.E. and Streever, B., 2002. Approaches to Coastal Wetland Restoration: Northern Gulf of Mexico. Den Hague, Netherlands: SPB Academic Publishing, 147 p.

Turner, R. E., Swensen, E. M. and Lee, J. M 1994, A Rationale for Coastal Wetland Restoration through Spoil Bank Management in Louisiana, USA. Environmental Management Springer-Verlag, New York. Vol 18, 271-282.

*John Day PhD References*


Anisfeld, S.C., and T.D. Hill. 2012. Fertilization effects on elevation change and belowground carbon balance in a Long Island Sound tidal marsh. Estuaries & Coasts 35: 201-211.

APHA (American Public Health Association). 2012. E.W. Rice, R.B. Baird, A.D. Eaton, and L.S. Clesceri (eds.), Standard Methods for the Examination of Water and Wastewater, 22nd edition, Washington, D.C.

Asano, T. 1995. Sediment transport under sheet-flow conditions. Journal of Waterway Port Coastal and Ocean Engineering-ASCE 121:239-246.

Barras, J., S. Beville, D. Britsch, S. Hartley, S. Hawes, J. Johnston, P. Kemp, Q. Kinler, A. Martucci, J. Porthouse, D. Reed, K. Roy, S. Sapkota and J. Suhayda. 2003. Historical and projected coastal Louisiana land changes: 1978-2050: USGS Open File Report 03-334, 39 p. (Revised January 2004).

Barras, J.A. 2006. Land area changes in coastal Louisiana after the 2005 hurricanes: a series of three maps. U.S. Geological Survey Open-File Report 06-1274.

Barras, J.A. 2007. Satellite images and aerial photographs of the effects of Hurricanes Katrina and Rita on coastal Louisiana: U.S. Geological Survey Data Series 281, https://pubs.usgs.gov/ds/2007/281.

Barras, J.A., J.C. Bernier, and R.A. Morton. 2008. Land area change in coastal Louisiana - A multidecadal perspective (from 1956 to 2006). U.S. Geological Survey Scientific Investigations Map 3019, scale 1:250,000, 14 p. pamphlet.

Barry, J.M. 1997. Rising tide: the great Mississippi flood of 1927 and how it changed America. Simon and Schuster: New York, NY, USA, p. 507.

Bass, A.S. and R.E. Turner. 1997. Relationships between salt marsh loss and dredged canals in three Louisiana estuaries. Journal of Coastal Research 13:895-903.

Batker, D., I. de la Torre, R. Costanza, J.W. Day, P. Swedeen, R. Boumans and K. Bagstad. 2014. The threats to the value of ecosystem goods and services of the Mississippi Delta. In Perspectives on the Restoration of the Mississippi Delta. J.W. Day, G.P. Kemp, A.M. Freemen D.P. Muth, eds. Springer Netherlands. pp. 155-174.

Batker, D., I. de Torre, R. Costanza, P. Swedeen, J.W. Day, R. Boumans, and K. Bagstad. 2010. Gaining ground: wetlands, hurricanes, and the economy: the value of restoring the Mississippi River Delta. Earth Economics.

Bianchi, T.S., S.F. DiMarco, J.H. Cowan, R.D. Hetland, P. Chapman, J.W. Day, and M.A. Allison. 2010. The science of hypoxia in the Northern Gulf of Mexico: a review. Science of the Total Environment 408: 1471-1484.

Blum, M.D., and H.H. Roberts. 2012. The Mississippi delta region: past, present, and future. Annual Review of Earth and Planetary Sciences 40: 655-683.

Boesch, D. F., M. N. Josselyn, A. J. Mehta, J. T. Morris, W. K. Nuttle, C. A. Simenstad, and D. J. P. Swift. 1994. Scientific assessment of coastal wetland loss, restoration and management. Journal of Coastal Research Special Issue No. 20.

Boumans, R.M., and J.W. Day, Jr. 1994. Effects of two Louisiana marsh management plans on water and materials flux and short-term sedimentation. Wetlands 14:247-261.

Boumans, R.M., and J.W. Day. 1994. Effects of two Louisiana marsh management plans on water and materials flux and short-term sedimentation. Wetlands 14: 247-261.

Boumans, R.M.J., J.W. Day, G.P. Kemp, and K. Kilgen. 1997. The effect of intertidal sediment fences on wetland surface elevation, wave energy and vegetation establishment in two Louisiana coastal marshes. Ecological Engineering 9: 37-50.

Boynton, W.R., J.H. Garber, R. Summers, and W.M. Kemp. 1995. Inputs, transformations, and transport of nitrogen and phosphorus in Chesapeake Bay and selected tributaries. Estuaries 18: 285-314.

Broussard, W., and R.E. Turner. 2009. A century of changing land-use and water-quality relationships in the continental US. Frontiers in Ecology & the Environment doi:10.1890/080085

Brunn, P. 1962. Sea level rise as a cause of shore erosion. American Society of Civil Engineering Porceedings, J. Waterways Harbor Div., 88:117-130.

Cahoon, D., D. Reed, and J. Day. 1995. Estimating shallow subsidence in microtidal salt marshes of the southeastern United States: Kaye and Barghoorn revisited. Marine Geology, 128: 1-9.

Cahoon, D., D. Reed, J. Day, G. Steyer, R. Boumans, J. Lynch, D. McNally, and N. Latif. 1995a. The influence of Hurricane Andrew on sediment distribution in Louisiana coastal marshes. Journal of Coastal Research SI, 18: 280-294.

Cahoon, D.R. 1994. Recent accretion in two managed marsh impoundments in coastal Louisiana. Ecological Applications 4:166-76.

Cahoon, D.R., and C.G. Groat. 1990. A Study of Marsh Management Practice in Coastal Louisiana. Vol. 1. Executive Summary. New Orleans, Louisiana: U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. 36 pp.

Cahoon, D.R., and J.W. Day. 1993. Marsh management in Barataria-Terrebonne estuary: Influences on estuarine processes. Data Inventory Workshop Proceedings, 121–38. Scientific-Technical Committee, Barataria-Terrebonne National Estuary Program, Thibodaux, Louisiana.

Cahoon, D.R., and R.E. Turner Jr. 1989. Accretion and canal impacts in a rapidly subsiding wetland: II. Feldspar marker horizon technique. Estuaries 12.4:260–68.

Chan, A.W., and M.D. Zoback. 2007. The role of hydrocarbon production on land subsidence and fault reactivation in the Louisiana coastal zone. Journal of Coastal Research 23:771-786.

Chatry, M. and D. Chew. 1985. Freshwater diversion in coastal Louisiana: recommendations for development of management criteria. 4th Coastal Marsh and Estuary Mgt. Symposium. 71-84.

Chatry, M., Dugas, R.J., and Easley, K.A. 1983. Optimum salinity regime for oyster production on Louisiana's state seed grounds. Contributions in Marine Science. 26: 81-94.

Cloern, J.E, 2001. Our evolving conceptual model of the coastal eutrophication problem. Marine Ecology Progress Series 210: 223-253.

Condrey, R.E., P.E. Hoffman, and D.E. Evers. 2014. The last naturally active delta complexes of the Mississippi River (LNDM): discovery and implications. In Perspectives on the Restoration of the Mississippi Delta. J.W. Day, G.P. Kemp, A.M. Freemen D.P. Muth, eds. Springer Netherlands. pp. 33-50.

Conner, W.H., J.W. Day Jr., R.H. Baumann, and J.M. Randall. 1989. Influence of hurricanes on coastal ecosystems along the northern Gulf of Mexico. Wetland Ecosystems Management 1:45–56.

Cowan, J.H., D. Cahoon, and R.E. Turner. 1988. Marsh management plans in practice: Do they work in coastal Louisiana, USA? Environmental Management 12:37-53.

Cozzarelli, I.M., K. Skalak, D.B. Kent, M.A. Engle, A.J. Benthem, A. Mumford, K.B. Haase, A.M. Farag, D. Harper, S.C. Nagel, L.R. Iwanowicz, W.H. Orem, D.M. Akob, J.B. Jaeschke, J.M. Galloway, M. Kohler, D.L. Soiliker, and G.D. Jolly. 2016. Enfironmental signatures and effects of an oil and gas wastewater spill in the Williston Basin, North Dakota. Science of the Total Environment 579:1781-1793.

CPRA (Coastal Protection and Restoration Authority of Louisiana). 2012. Louisiana's Comprehensive Master Plan for a Sustainable Coast. Baton Rouge, Louisiana: CPRA, 190p.

Craig, N.J., R.E. Turner, and J.W. Day, Jr. 1979. Land loss in coastal Louisiana (U.S.A.) Environmental Management 3:133-144.

Darby, F.A., and R.E. Turner. 2008a. Below- and aboveground biomass of Spartina alterniflora: Response to nutrient addition in a Louisiana salt marsh. Estuaries & Coasts 31: 326-334.

Darby, F.A., and R.E. Turner. 2008b. Effects of eutrophication on salt marsh root and rhizome accumulation. Marine Ecology Progress Series 363: 63-70.

Darby, F.A., and R.E. Turner. 2008c. Below- and aboveground Spartina alterniflora production in a Louisiana salt marsh. Estuaries & Coast 31:223–231.

Davis, D.W. 1973. Louisiana canals and their influence on wetland development. Ph.D. Dissertation. Louisiana State University. 234 pp.

Day, J.W., C. Hall, M. Kemp, and A. Yáñez-Arancibia. 1989. Estuarine Ecology. New York: John Wiley and Sons. 558 pp.

Day, J., J. Martin, L. Cardoch, and P. Templet. 1997. System functioning as a basis for sustainable management of deltaic ecosystems. Coastal Management. 25:115-154.

Day, J.W., J. Rybczyk, F. Scarton, A. Rismondo, D. Are, and G. Cecconi. 1999. Soil accretionary dynamics, sea-level rise and the survival of wetlands in Venice Lagoon: a field and modelling approach. Estuarine, Coastal & Shelf Science 49: 607-628.

Day, J. W., Jr., L.D. Britsch, S.R. Hawes, G.P. Shaffer, D.J. Reed and D. Cahoon. 2000. Pattern and process of land loss in the Mississippi Delta: a spatial and temporal analysis of wetland habitat change. Estuaries 23: 425-438.

Day, J., J.-Y. Ko, J. Rybczyk, D. Sabins, R. Bean, G. Berthelot, C. Brantley, A. Breaux, L. Cardoch, W. Conner, C. Courville, J. Day, A. Englande, S. Feagley, E. Hyfield, R. Lane, J. Lindsey, J. Mistich, W. Mitsch, E. Reyes, R. Twilley, A. Yáñez-Arancibia, and X. Zhang. 2004. The use of wetlands in the Mississippi Delta for wastewater assimilation: A review. Ocean & Coastal Management 47: 671-691

Day, J., John Barras, Ellis Clairain, James Johnston, Dubravko Justic, Paul Kemp, Jae-Young Ko, Robert Lane, William Mitsch, Gegory Steyer, Paul Templet, and Alejandro Yanez. 2005. Implications of global climatic change and energy cost and availability for the restoration of the Mississippi Delta. Ecological Engineering. 24: 253-265.

Day, J.W., D.F. Boesch, E.J. Clairain, G.P. Kemp, S.B. Laska, W.J. Mitsch, K. Orth, H. Mashriqui, D.J. Reed, L. Shabman, C.A. Simenstad, B.J. Streever, R.R. Twilley, C.C. Watson, J.T. Wells, and D.F. Whigham. 2007. Restoration of the Mississippi delta: lessons from hurricanes Katrina and Rita. Science 315:1679-1684.

Day, J.W, J.E. Cable, J.H. Cowan, R. Delaune, K. de Mutsert, B. Fry, H. Mashriqui, D. Justic, P. Kemp, R.R. Lane, J. Rick, L.P. Rozas, G. Snedden, E. Swenson, R.R. Twilley, and B. Wissel. 2009. The impacts of pulsed reintroduction of river water on a Mississippi Delta Coastal Basin. J. Coastal Research 54:225-243.

Day, J., P. Kemp, A. Freeman, and D. Muth. Editors. 2014. Perspectives on the Restoration of the Mississippi Delta: The Once and Future Delta. Springer, New York. 194 p.

Day, J.W., J.E. Cable, R.R. Lane, and G.P. Kemp. 2016a. Sediment deposition at the Caernarvon crevasse during the great Mississippi Flood of 1927: implications for coastal restoration. Water 3(38): 1-12.

Day, J., R. Lane, C. D'Elia, A. Wiegman, J. Rutherford, G. Shaffer, C. Brantley, and G. Kemp. 2016b. Large infrequently operated river diversions for Mississippi delta restoration. Estuarine, Coastal, and Shelf Science. http://dx.doi.org/10.1016/j.ecss.2016.05.001

Day, J.W., Jr., and G.P Shaffer. 2016c. Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems i Southeastern Louisiana. Expert Report Prepared for: Plaintiffs in: Biloxi Marsh Lands Corporation and Lake Eugenie Land & Development, Inc. versus The United States of America, Case Number 12-382, consolidated with The Borgnemouth Realty Co., Limited and The Livaudais Company, L.L.C. versus The United States of America, case Number 14-0003, in the United States Court of Federal Claims.

Day, J. and J. Erdman (eds). 2018. Mississippi Delta Restoration – Pathways to a Sustainable Future. Springer, New York. 261 p.

Deegan, L.A., D.S. Johnson, R.S. Warren, B.J. Peterson, J.W. Fleeger, S. Fagherazzi, and W.M. Wollheim. 2012. Coastal eutrophication as a driver of salt marsh loss. Nature 490: 388–392.

Deegan, L.A., H.M. Kennedy, and C. Neill. 1984. Natural factors and human modifications contributing to marsh loss in Louisiana's Mississippi River deltaic plain. Environmental Management 8:519-528.

DeLaune, R.D., C.W. Lindau, and R .P. Gambrell, eds . 1999. Effect of Produced-Water Discharge on Bottom Sediment Chemistry. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, New Orleans, LA. OCS Study MMS 99-0060. 47 pp.

DeLaune, R.D., A. Jugsujinda, G.W. Peterson, and W.H. Patrick. 2003. Impact of Mississippi River freshwater reintroduction on enhancing marsh accretionary processes in a Louisiana estuary. Estuarine, Coastal & Shelf Science 58: 653-662.

DeLaune, R.D., Kongchum, M., White, J.R., and Jugsujinda, A. 2013. Freshwater diversions as an ecosystem management tool for maintaining soil organic matter accretion in coastal marshes. Catena 107: 139-144.

Dozier, M.D. 1983. Assessment of change in the marshes of southwestern Barataria basin, Louisiana, using historical aerial photographs and a spatial information system. Master's Thesis, Louisiana State University, Baton Rouge.

Duffy, W. G., and D. Clark (eds.). U.S. Fish and Wildlife Service and Louisiana Department of Natural Resources. Washington, D.C.: U.S. Fish and Wildlife Service

Evers, D. E., J. G. Gosselink, C. Sasser, and J. M. Hill. 1992. Wetland loss dynamics in southwestern Barataria basin. Wetlands Ecology and Management 2.3:103–18.

Evers, D.E., C.E. Sasser, J.G. Gosselink, D.A. Fuller, and J.M. Visser. 1998. The impact of vertebrate herbivores on wetland vegetation in Atchafalaya Bay, Louisiana. Estuaries 21: 1-13.

Evers, E. 1989. Wetland and vegetation changes in southwestern Barataria Bay, Louisiana, 1945–1985. Master's Thesis, Louisiana State University, Baton Rouge.

Fassnacht, David G. Deposition Transcript and Exhibits, Jan. 31, 2018.

Faulkner, S.P., and C.J. Richardson. 1989. Physical and chemical characteristics of freshwater wetland soils. In: D. A.

Hammer (ed.), Constructed wetlands for wetland wastewater treatment. Lewis Publishers: 41-72.

Finkelstein, K. and C. S. Hardaway. 1988. Late holocene sedimentation and erosion of estuarine fringing marshes, York river, Virginia. Journal of coastal research. 4: 447-456.

FitzGerald, D.M., M.S. Fenster, B.A. Argow, and I.V. Buynevich. 2008. Coastal impacts due to sea-level rise." Annual Revue Earth & Planetary Sciences 36: 601-647.

Fox, L., I. Valiela, and E.L. Kinney. 2012. Vegetation cover and elevation in long-term experimental nutrient-enrichment plots in Great Sippewissett Salt Marsh, Cape Cod, Massachusetts: implications for eutrophication and sea level rise. Estuaries & Coasts 35: 445-458.

Gagliano, S. M., and K. M. Wicker. 1989. Processes of wetland erosion in the Mississippi River deltaic plain. In Marsh Management in Coastal Louisiana: Effects and Issues—Proceedings of a Symposium, ed. W. G. Duffy and D. Clark, 28–48. U.S. Fish and Wildlife Service and Louisiana Department of Natural Resources. U.S. Fish and Wildlife Service Biological Report 89(22).

Gagliano, S.M. 1973. Canals, dredging and land reclamation in the Louisiana coastal zone. Hydrologic and Geologic Studies of Coastal Louisiana. Report no. 14. Center for Wetland Resources, Louisiana State University, Baton Rouge, 104 pp.

Gagliano, S.M., E.B. Kemp, K.M. Wicker, and K.S. Wiltenmuth. 2003. Active geological faults and land change in Southeastern Louisiana, Final Report. New Orleans, LA: Coastal Environments, Inc., United States Army Corps of Engineers. Biological Report 89(22). pp 247-277.

Gascuel-Odux, C., S. Cros-Cayot, and P. Durand. 1996. Spatial variations of sheet flow and sediment transport on an agricultural field. Earth Surface Processes and Landforms 21:843-851.

Gornitz, V., S. Lebedeff and J. Hansen. 1982. Global sea level trend in the past century. Science. 215: 1611-1614.

Gould, H.R. and E. McFarlan, Jr. 1959. Geologic history of the Chenier Plain, southwestern Louisiana. Transactions-Gulf Coast Association of Geological Societies 9:261-270.

Graham, S.A., and I.A. Mendelssohn. 2014. Coastal wetland stability maintained through counterbalancing accretionary responses to chronic nutrient enrichment. Ecology 95: 3271-3283.

Hanor, J.S., J.E. Bailey, M.C. Rogers, and L.R. Milner. 1986. Regional variations in physical and chemical properties of South Louisiana oil field brines. Transactions-Gulf Coast Association of Geological Societies 36:143-149.

Hansen, J., M. Sato, P. Hearty, R. Ruedy, M. Kelley, V. Masson-Delmotte, G. Russell, G. Tselioudis, J. Cao, E. Rignot, I. Velicogna, E. Kandiano, K. von Schuckmann, P. Kharecha, A.N. Legrande, M. Bauer, K-W. Lo. 2015. Ice melt, sea level rise and superstorms: evidence from paleoclimate data, climate modeling, and modern observations that 2˚C global warming is highly dangerous. Atmospheric Chemistry & Physics Discussions 15: 20059-20179.

Harris, V.T. and R.H. Chabreck. 1958. Some effects of Hurricane Audrey to the marsh at Marsh Island, Louisiana. Proceedings Louisiana Academy of Science 21:47-50.

Henkel, T., A. Baker, J. Lopez, and E. Boyd. 2011. Accelerated wetland growth and cypress planting of the Caernarvon Delta Complex, Big Mar Pond - Southeast Louisiana: Proceedings of the 10th Biennial Basics of the Basin Research Symposium, New Orleans, Louisiana, p. 89–95.

Hillmann, E.R. 2011. The Implications of Nutrient Loading on Deltaic Wetlands. M.S. Thesis. Southeastern Louisiana University, Hammond, LA.

Howes, N.C., D.M. FitzGerald, Z.J. Hughes, I.Y. Georgiou, M.A. Kulp, M.D. Miner, J.M. Smith, and J.A. Barras. 2010. Hurricane-induced failure of low salinity wetlands. Proceedings of the National Academy of Sciences 107: 14014–14019.

Hunter, R.G., J.W. Day, R.R. Lane, J. Lindsey, J.N. Day, and M.G. Hunter. 2009a. Impacts of secondarily treated municipal effluent on a freshwater forested wetland after 60 years of discharge. Wetlands 29: 363-371.

Hunter, R.G., R.R. Lane, J.W. Day, J. Lindsey, J.N. Day, and M.G. Hunter. 2009b. Nutrient removal and loading rate analysis of Louisiana forested wetlands assimilating treated municipal effluent. Environmental Management 44: 865-873.

Hyfield, E.C.G., J.W. Day, J.E. Cable, D. Justic. 2008. The impacts of re-introducing Mississippi River water on the hydrologic budget and nutrient inputs of a deltaic estuary. Ecological Engineering 32: 347–359.

IPCC (Intergovernmental Panel on Climate Change). 2013. Climate change 2013: The physical science basis. Contribution of Working Group 1 to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (ed. T.F. Stocker, D. Qin, G. K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, P. M. Midgley) Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

Johnson, W. B. and J. G. Gosselink. 1982. Wetland loss directly associated with canal dredging in the Louisiana coastal zone. In Proceedings of the Land Loss Conference, D. Boesch (ed.), Baton Rouge, Louisiana. pp. 60-72

Josefson, A. B., and B. Rasmussen. 2000. Nutrient retention by benthic macrofaunal biomass of Danish estuaries: Importance of nutrient load and residence time. Estuarine, Coastal & Shelf Science 50: 205-216.

Justic, D., Rabalais, N.N., and Turner, R.E. 1995. Stoichiometric nutrient balance and origin of coastal eutrophication. Marine Pollution Bulletin. 30: 41-46.

Kearney, M.S., J.C.A. Riter, and R.E. Turner. 2011. Freshwater river diversions for marsh restoration in Louisiana: Twenty-six years of changing vegetative cover and marsh area. Geophysical Research Letters 38: L16405, doi:10.1029/2011GL047847

Kesel, R.H. 1988. The decline in the suspended load of the lower Mississippi River and its influence on adjacent wetlands. Environmental & Geological Water Science 11: 271-281.

Kesel, R.H. 1989. The role of the lower Mississippi River in wetland loss in southeastern Louisiana, USA. Environmental & Geological Water Science 13: 183-193.

Ko, J.Y. and J.W. Day. 2004. A review of ecological impacts of oil and gas development on coastal ecosystems in the Mississippi Delta. Ocean and Coastal Management 47:597-623.

Ko, J.Y., J. Day, J. Barras, R. Morton, J. Johnston, G. Kemp, E. Clairain, and R. Theriot. 2004. Impacts of oil and gas activities on coastal wetland loss in the Mississippi Delta.

Kulp, M.A. 2000. Holocene stratigraphy, history, and subsidence: Mississippi River delta region, north-central Gulf of Mexico, Ph.D. thesis, 336 pp., Univ. of Ky., Lexington.

Lane, R.R., H. Huang, J.W. Day, D. Justic, and R.D. DeLaune. 2015a. Water quality of a coastal Louisiana swamp and how dredging is undermining restoration efforts. Estuarine, Coastal & Shelf Science 152: 23-32.

Lane, R.R., J.W. Day Jr., B. Marx, E. Hyfield, J.N. Day. E. Reyes. 2007. The effects of riverine discharge on temperature, salinity, suspended sediment and chlorophyll a in a Mississippi delta estuary measured using a flow-through system. Estuarine Coastal & Shelf Science 74: 145-154.

Lane, R.R., J.W. Day, and B. Thibodeaux. 1999. Water quality analysis of a freshwater diversion at Caernarvon, Louisiana. Estuaries 2A: 327-336.

Lane, R.R., J.W. Day, D. Justic, E. Reyes, J.N. Day, and E. Hyfield. 2004. Changes in stoichiometric Si, N and P ratios of Mississippi River water diverted through coastal wetlands to the Gulf of Mexico. Estuarine Coastal & Shelf Science 60: 1-10.

LDNR (Louisiana Department of Natural Resources. Baton Rouge). 1998. Coast 2050: Toward a Sustainable Coastal Louisiana. Louisiana Coastal Wetlands Conservation and Restoration Task Force and the Wetlands Conservation and Restoration Authority. 161 pp

Lopez, J., T. Henkel, A. Moshogianis, A. Baker, E. Boyd, E. Hillmann, P. Connor, and D.B. Baker. 2014. Examination of deltaic processes of Mississippi River outlets Caernarvon Delta and Bohemia Spillway in Southeast Louisiana. Gulf Coast Association of Geological Sciences Transactions 64: 707–708.

McCarthy, and J. James. 2009. Reflections on: our planet and its life, origins, and futures." Science 326: 1646-1655.

Meade, R.H., and J.A. Moody. 2010. Causes for the decline of suspended-sediment discharge in the Mississippi River system, 1940–2007. Hydrological Processes 24: 35-49.

Meeder, J. 1987. Variable effects of hurricanes on the coast and adjacent marshes: a problem for marsh managers. In Proceedings of the Fourth Water Quality and Wetlands Management Conference. N. V. Brodtman (ed.). pp. 337–74.

Meehl, G.A., C. Tebaldi, G. Walton, D. Easterling, and L. McDaniel. 2009. Relative increase of record high maximum temperatures compared to record low minimum temperatures in the US. Geophysical Research Letters 36, no. 23: L23701.

Mendelssohn, I.A., and J.T. Morris. 2000. Eco-physiological controls on the productivity of Spartina alterniflora loisel. p. 59-80 In M.P. Weinstein and D.A. Kreeger, eds. Concepts and controversies in tidal marsh ecology. Kuwer Acedemic Publishers, Boston, MA, USA.

Mendelssohn, I.A., and K.L. McKee. 1988. Spartina alterniflora die-back in Louisiana: time-course investigation of soil waterlogging effects. Journal of Ecology 76:509-21.

Mikhailov, V.N. and M.V. Mikhailov. 2010. Delta formation processes at the Mississippi River mouth. Water Resources 37:595-610.

Mitsch, W.J., and J.G. Gosselink. 2015. Wetlands. John Wiley & Sons: Hoboken, N.J.

Morgan, J.P., L.G. Nichols, and M. Wright. 1958. Morphological effects of Hurricane Audrey on the Louisiana coast.

Louisiana State University Coastal Studies Institute Technical Report Number 10, Baton Rouge, Louisiana.

Morris, J.T., G.P. Shaffer, and J.A. Nyman. 2013a. Brinson review: perspectives on the influence of nutrients on the sustainability of coastal wetlands. Wetlands 33: 975-988.

Morris, J.T., J.A. Nyman, and G.P. Shaffer. 2014. The Influence of Nutrients in Sustaining the Coastal Wetlands of the Mississippi Delta. In: Perspectives on the Restoration of the Mississippi Delta. J.W. Day, G.P. Kemp, A. Freeman, and D.P. Muth (eds.). Springer Verlag, 194 p.Nyman, J.A. 2014. Integrating successional ecology and the delta lobe cycle in wetland research and restoration. Estuaries and Coasts DOI 10, 1007/s12237-013-9747-4.

Morton, R. A. and J.A. Barras. 2011. Hurricane Impacts on Coastal Wetlands: A Half-Century Record of Storm-Generated Features from Southern Louisiana. Journal of Coastal Research 27(6A): 27-43

Morton, R.A., J.C. Bernier, J.A. Barras, and N.F. Ferina. 2005. Rapid subsidence and historical wetland loss in the south-central Mississippi delta plain: likely causes and future implications. U.S. Geological Survey Open-file Report 2005-1216. (http://www.pubs.usgs.gov/of/2005/1216).

Morton, R.A., N.A. Bster, and M.D. Krohn. 2002. Subsurface controls on historical subsidence rates and associated wetland loss in southcentral Louisiana. Gulf Coast Association of Geological Societies Transactions. 52: 767-778.

Mossa, J. 1996. Sediment dynamics in the lowermost Mississippi River. Engineering Geology 45:457-479.

Mossa, J. 1996. Sediment dynamics in the lowermost Mississippi River. Engineering Geology 45: 457-479.

Neill, C. and R.E. Turner. 1987. Backfilling canals to mitigate wetland dredging in Louisiana coastal marshes. Environmental Management 11:823-836.

Nyman, J.A. 2014. Integrating successional ecology and the delta lobe cycle in wetland research and restoration. Estuaries & Coasts 37: 1490-1505.

O'Connor, J.E., and J.E. Costa. 2004. The world's largest floods, past and present—their causes and magnitudes. U.S. Geological Survey Reston, VA, USA, 2004; p. 13.

Olea, R.A. and J.L. Coleman, Jr. 2014. A synoptic examination of causes of land loss in Southern Louisiana as related to the exploitation of subsurface geologic resources. Journal of Coastal Research 30:1025-1044.

Penland, S. and J.R. Sutor. 1989. The geomorphology of the Mississippi River Chenier Plain. Marine Geology 90:231-258.

Penland, S. and K. Ramsey. 1990. Relative sea-level rise in Louisiana and the Gulf of Mexico, 1908-1988. Journal of Coastal Research 6:323-342.

Pethick, J. 1993. Shoreline adjustments and coastal management: physical and biological processes under accelerated sea-level rise. The geographical journal. 159: 162-168.

Phillips, J. D. 1986. Coastal submergence and marsh fringe erosion. Journal of coastal research. 2: 427-436.

Poirrier, M.A., and C.E. Caputo. 2015. Rangia cuneata clam decline in Lake Pontchartrain from 2001 to 2014 due to an El Niño Southern Oscillation shift coupled with a period of high hurricane intensity and frequency. Gulf and Caribbean Research 26: 9-20.

Rabalais, N.N, R.E. Turner, D. Justic, Q. Dortch, W.J. Wiseman and B.K. Sen Gupta, 1996. Nutrient changes in the Mississippi River and system responses on the adjacent continental shelf. Estuaries 17: 850-861.

Rabalais, N.N., B.A. McKee, D.J. Reed and J.C. Means. 1991. Fate and effects of nearshore discharges of OCS produced waters. Volume 1. Executive Summary. OCS Study/MMS 91-0004. U.S. Dept. of the Interior, Minerals Management Service, Gulf of Mexico OCS Regional Office, New Orleans, LA. 48 pp.

Reed, D.J. 1992. Effect of weirs on sediment deposition in Louisiana coastal marshes. Environmental Management 16:55-65.

Reed, D.J. 2002. Sea-level rise and coastal marsh sustainability: Geological and ecological factors in the Mississippi delta plain, Geomorphology 48:233–243, doi:10.1016/S0169-555X(02)00183-6.

Reed, D.J. and L. Wilson. 2004. Coast 2050: A new approach to restoration of Louisiana coastal wetlands. Physical Geography 25:4-21.

Reed, D.J., and D.R. Cahoon. 1992. The relationship between marsh surface topography and vegetation parameters in a deteriorating Louisiana Spartina alterniflora salt marsh. Journal of Coastal Research 8:77–87.

Reed, D.J., Ed. 1995. Status and Historical Trends of Hydrologic Modification, Reduction in Sediment Availability, and Habitat Loss/Modification in the Barataria and Terrebonne Estuarine System. BTNEP Publ. No. 20, Barataria-Terrebonne National Estuary Program, Thibodaux, Louisiana, 338 pp. plus Appendices.

Reed, D.J., N. De Luca, and A.L. Foote. 1997. Effect of hydrologic management on marsh surface sediment deposition in coastal Louisiana. Estuaries 20:301-11.

Roach, R.W., R.S. Carr, C.L. Howard, and B.W. Cain. 1993. An assessment of produced water impacts in the Galveston Bay System. Report to U.S. Fish and Wildlife Service, Division of Ecological Services, Houston, Texas. 52 pp.

Roberts, H.H., 1997. Dynamic changes of the holocene Mississippi river delta plain: the delta cycle. Journal of Coastal Research 13: 605-627.

Rogers, D.R., B.D. Rogers, and W.H. Herke. 1992. Effects of a marsh management plan on fishery communities in coastal Louisiana. Wetlands 12:53-62.

Rosen, P. S. 1977. Increasing shoreline erosion rates with decreasing tidal range in the Virginia Chesapeake Bay. Chesapeake Science. 18: 383-386.

Sall, J., A. Lehman, M. Stephens, and L. Creighton. 2012. JMP Start Statistics: A Guide to Statistical and Data Analysis using JMP, Fifth Edition. Cary, NC: SAS Institute Inc. 625p.

Saltus, C. L., G. M. Suir, and J. A. Barras. 2012. Land Area Changes and Forest Area Changes in the vicinity of the Mississippi River Gulf Outlet - Central Wetlands Region - from 1935 to 2010. ERDC/EL TR 12-7. Vicksburg, MS: US Army Engineer Research and Development Center. http://el.erdc.usace.army.mil/elpubs/pdf/trel12-7.pdf

Sasser, C.A. 1977. Distribution of vegetation in Louisiana coastal marshes as response to tidal flooding. Master's thesis, Louisiana State University, Baton Rouge.

Sasser, C.E., M.D. Dozier, J.G. Gosselink, and J.M. Hill. 1986. Spatial and temporal changes in Louisiana's Barataria basin marshes, 1945–1980. Environmental Management 10.5:671–80.

Saucier, R.T. 1963. Recent geomorphic history of the Pontchartrain basin. Louisiana State University Press, Baton Rouge, LA, USA.

Scaife, W.W., R.E. Turner, and R. Costanza. 1983. Coastal Louisiana recent land loss and canal impacts. Environmental Management 7:433-442.

Schwimmer, R.E. 2001. Rates and processes of marsh shoreline erosion in Rehoboth Bay, Delaware, USA. Journal of Coastal Research 17: 672-683.

Scruton, P.C. 1960. Delta building and the deltaic sequence. In: F.P. Shepard, F.B. Phleger and T.H. van Andel (eds.). Recent Sediments, Northwest Gulf of Mexico, American Association of Petroleum Geologists, p. 82-102.

Shaffer, G.P., C.E. Sasser, J.G. Gosselink, and M. Rejmanek. 1992. Vegetation dynamics in the emerging Atchafalaya Delta, Louisiana, USA. J. Ecology 80: 677-687.

Shaffer, G.P., J.W. Day, D. Kandalepas, W.B. Wood, R.G. Hunter, R.R. Lane, and E.R. Hillman. 2016. Decline of the Maurepas swamp, Pontchartrain basin, Louisiana, and approaches to restoration. Water 8: 1-28.

Shaffer, G.P., J.W. Day, R.G. Hunter, R.R. Lane, C.J. Lundberg, W.B. Wood, E.R. Hillman, J.N. Day, E. Strickland, D. Kandalepas. 2015. System response, nutria herbivory, and vegetation recovery of a wetland receiving secondarily-treated effluent in coastal Louisiana. Ecological Engineering 79: 120-131.

Shinkle, K.D. and R.K. Dokka. 2004. Rates of vertical displacement at benchmarks in the lower Mississippi valley and the northern Gulf coast. National Oceanic and Atmospheric Administration (NOAA) Technical Report NOS/NGS 50, 135p.

Snedden, G.A., J.E. Cable, and W.J. Wiseman, Jr. 2007b. Subtidal sea level variability in a Mississippi River deltaic estuary. Estuaries and Coasts 30: 802-812.

Snedden, G.A., J.E. Cable, E.M. Swenson, and C. Swarzenski. 2007a. Sediment discharge into a subsiding Louisiana deltaic estuary through a Mississippi River diversion. Estuarine, Coastal and Shelf Science 71: 181-193.

Snedden, G.A., K. Cretini, and B. Patton. 2015. Inundation and salinity impacts to above- and belowground productivity in Spartina patens and Spartina alterniflora in the Mississippi River deltaic plain: implications for using river diversions as restoration tools. Ecol. Eng. 81, 133e139.

St. Pe, K.M., ed. 1990. An assessment of produced water impacts to low-energy brackish water systems in southeast Louisiana. Louisiana Department of Environmentally Quality, Water Pollution Control Division, Baton Rouge, Louisiana, 204 pp.

Stevenson, J.C., M. Kearney and E. Pendleton. 1985. Sedimentation and erosion in a Chesapeake Bay brackish marsh system. Marine Geology 67: 213-235.

Strickland, J.D.H., and T.R. Parsons. 1972. A Practical handbook of seawater analysis. Bulletin of the Fisheries Research Board of Canada. 167 pp.

Suhayda, J. and B. Jacobsen. 2008. Interaction of Hurricanes and Coastal Landscape Features: A Literature Review. Prepared for U. S. Army Corps of Engineers, Engineer Research Development Center, Coastal and Hydraulics Laboratory, Vicksburg, Mississippi.

Swarzenski, , C.M., T.W. Doyle, B. Fry, T.G. Hargis. 2008. Biogeochemical response of organic-rich freshwater marshes in the Louisiana delta plain to chronic river water influx. Biogeochemistry 90: 49–63.

Swenson, E.M. 1983. Marsh Hydrological Studies, 1982–1983 Data report. Coastal Ecology Institute, Center for Wetland Resources, Louisiana State University, Baton Rouge. Prepared for the National Marine Fisheries Service, Southeast Region, St. Petersburg, Florida. Contract no. NA81-BA-P00006. Publication no. LSU-CEFI-83-18.

Swenson, E.M., and R.E. Turner. 1987. Spoil banks: effects on a coastal marsh water-level regime. Estuarine, Coastal and Shelf Science 24:599-609.

Taylor, N.C., J.W. Day, and G.E. Neusaenger. 1989. Ecological characterization of Jean Lafitte National Historical Park, Louisiana: Basis for a management plan. In Marsh Management in Coastal Louisiana: Effects and Issues—Proceedings of a Symposium,

Templet, P.H., and K.J. Meyer-Arendt. 1988. Louisiana wetland loss: a regional water management approach to the problem. Environmental Management. 12: 181-192.

Turner, E. Swenson, and J. Lee. 1994a. A rationale for coastal wetland restoration through spoil bank management in Louisiana, USA. Environmental Management 18:271-282.

Turner, R. E., J. M. Lee, and C. Neill. 1994b. Backfilling canals to restore wetlands: empirical results in coastal Louisiana. Wetlands Ecology and Management 3:63-78.

Turner, R.E. 1987. Relationship Between Canal and Levee Density and Coastal Land Loss in Louisiana. US Fish Wildlife Service Biological Report 85(14). Washington, D.C.: U.S. Department of Interior. 58 pp.

Turner, R.E. 2010. Beneath the salt marsh canopy: loss of soil strength with increasing nutrient loads. Estuaries & Coasts 34: 1-10.

Turner, R.E. and B. Streever. 2002. Approaches to coastal wetland restoration: Northern Gulf of Mexico. Kugler Publications. 147 pp.

Turner, R.E. and D.R. Cahoon (eds.). 1987. Causes of wetland loss in the coastal Central Gulf of Mexico, Volume II: Technical Narrative. Prepared for Minerals Management Service, New Orleans, LA. Contract No. 14-12-0001-30252. OCS Study/MMS 87-0120. 400 pp.

Turner, R.E. and N.N. Rabalais. 1991. Changes in Mississippi River water quality this century. Bioscience 41: 140-147.

Turner, R.E., and J.E. Bodker. 2016. The effects of N, P and crude oil on the decomposition of Spartina alterniflora belowground biomass. Wetlands Ecology and Management 24: 373-380.

Turner, R.E., and Y.S. Rao. 1990. Relationships between wetland fragmentation and recent hydrologic changes in a deltaic coast. Estuaries 13:72-281.

Turner, R.E., E.M. Swenson and J.M. Lee. 1994. A rationale for coastal wetland restoration through spoil bank management in Louisiana, USA. Environmental Management 18: 271-282.

Twilley, R.R., and V. Rivera-Monroy. 2009. Sediment and nutrient tradeoffs in restoring Mississippi river delta: Restoration vs. eutrophication. Contemporary Water Research & Education 141: 39-44.

USACE (U.S. Corps of Engineers). 2012. Mississippi Gulf Outlet ecosystem recreation plan, final feasibility report, supplemental report of the chief of engineers in response to the Water Resources Developmental Act of 2007. U.S. Army Corps of Engineers New Orleans District 7400 Leake Avenue New Orleans, Louisiana 70118. June 2012

USCOE (United States Corps of Engineers). 1931. Results of Discharge Observations Mississippi River and its Tributaries and Outlets, 1924–1930. Mississippi River Commission: Vicksburg, MA, USA, p.100.

Valderrama, J. C., 1981. The simultaneous analysis of total nitrogen and total phosphorus in natural waters. Marine Chemistry 10: 109-122.

VanZomeren, C.M., J.R. White, R.D. DeLaune. 2011. Fate of nitrate in vegetated brackish coastal marsh. Soil Science of America Journal 76: 1919-1927.

Visser, J.M., and C.E. Sasser. 2009. The effect of environmental factors on floating fresh marsh end-of-season biomass. Aquatic Botany 91: 205–212.

Visser, J.M., C.E. Sasser, R.H. Chabreck, and R.G. Linscombe. 1996. Marsh vegetation types of Barataria and Terrebonne estuaries 1968 – present. A publication of the Barataria-Terrebonne National Estuary Program prepared by Louisiana State University, Center for Coastal, Energy, and Environmental Resources, Coastal Ecology Institute. 100 pp.

Wang, F.C. 1988. Dynamics of saltwater intrusion in coastal channels. Journal of Geophysical Research 93.C6: 6937–46.

Welder, F. A. 1959. Processes of deltaic sedimentation in the lower Mississippi River. Louisiana State University, Coastal Studies Institute Technical Report 12, pp. 1-90.

Wheelock, K.W. 2003. Pulsed river flooding effects on sediment deposition in Breton Sound Estuary, Louisiana. M.S. thesis, Louisiana State University. Baton Rouge, Louisiana, USA. 159 pp.

Williams, S.J., S. Penland, and H.H. Roberts. 1994. Processes affecting coastal wetland loss in the Louisiana deltaic plain. In S.J. Williams and H.A. Cichon (eds.) Processes of coastal wetlands loss in Louisiana. Presented at Coastal Zone '93, New Orleans, Louisiana: USGS Open-File Report 94-0275, pp 21-29.

Wray, R.D., S.P. Leatherman, and R.J. Nicholls. 1995. Historic and future land loss for upland and marsh islands in the Chesapeake Bay, Maryland, U.S.A. Journal of Coastal Research 11: 1195-1203.

Yuill, B., D. Lavoie, D.J. Reed. 2009. Understanding subsidence processes in coastal Louisiana. Journal of Coastal Research Special Issue 54: 23-36.

*John Pardue PhD References*

Baldwin, Andrew & Mendelssohn, Irving. 1998. Effects of salinity and water level on coastal marshes: An experimental test of disturbance as a catalyst for vegetation change. Aquatic Botany. 61. 255-268. 10.1016/S0304-3770(98)00073-4.

Fischer, H.B., List, E.J., Koh, R.C.Y., Imberger, J., Brooks, N.H., 1979. Mixing in Inland and Coastal Waters. Academic Press, New York.

Hodges, B.R., J.E. Furnans, and P.S. Kulis. 2011. Thin-Layer Gravity Current with Implications for Desalination Brine Disposal. *J. Hydraul. Eng.,* 2011, 137(3): 356-371

Lee, R.W., D.R. Kraus, and J.E. Doeller. Oxidation of sulfide by *Spartina alterniflora* roots. *Limnol. Oceanogr*., 44(4), 1999, 1155–1159.

Shin, W.S., J.H. Pardue and W. Andrew Jackson. 2000. Oxygen demand and sulfate reduction in petroleum hydrocarbon contaminated salt marsh soils. Wat. Res. Vol. 34, No. 4, pp. 1345±1353, 2000

St. Pe', K.M., ed. 1990. An assessment of produced water impacts to low-energy, brackish water systems in southeast. Louisiana. Louisiana Department of Environmental Quality. Water Pollution Control Division, Baton Rouge, Louisiana, 204 pp.

Washburn, L., S. Stone, and S. MacIntyre. 1999. Dispersion of produced water in a coastal environment and its biological implications. Continental Shelf Research 19: 57-78.

*HC Clark PhD References*

Armstrong, C., 2012, 3D Seismic Geomorphology and Stratigraphy of the Late Miocene to Pliocene Mississippi River Delta: Fluvial Systems and Dynamics, Tulane University, Geology, Ph.D. Thesis, 106 pages.

Chan, A., Zoback, M., 2007 , The Role of Hydrocarbon Production on Land Subsidence and Fault Reactivation in the Louisiana Coastal Zone. Journal of Coastal Research: Volume 23, Issue 3: pp. 771 – 786.

Davis, S., Nyffenegger, P., Frohlich, C., 1995, The 9 April 1993 earthquake in south-central Texas: Was it induced by fluid withdrawal?, Bulletin of the Seismological Society of America (1995) 85 (6): pp. 1888-1895.

Dawers, N., Martin, E., 2005, Fault Related Changes in Louisiana Coastal Geometry, Final Report Contract # C162522 , Department of Earth & Environmental Sciences Tulane University, 21 pages.

Evans, D., 1966, THE Denver Area Earthquakes and the Rocky Mountain Arsenal Disposal Well, The Mountain Geologist, V. 3: pp. 23-36.

Haggar, K. S., 2014, Coastal land loss and landscape level plant community succession: An expected result of natural tectonic subsidence, fault movement, and sea level rise: Gulf Coast Association of Geological Societies Transactions, v. 64, p. 139–159.

Heinrich, Paul, 2014, Black Bay 30X60 minute Geologic Quadrangle, Louisiana Geological Survey, Baton Rouge.

Kuecher, G., Roberts, H., Thompson, M., Matthews, I., 2001, Evidence for Active Growth Faulting in the Terrebonne Delta Plain, South Louisiana: Implications for Wetland Loss and the Vertical Migration of Petroleum, Environmental Geosciences (2001) 8 (2): 77-94.

**The Parish of Plaquemines**

vs.

**Rozel Operating Company, et al**

*Preliminary Expert Report on Violations*

April 30, 2018

James B. Blackburn, Jr. MS, JD

Electronically signed

John W. Day PhD

Electronically signed

Charles Norman PE

DocuSigned by:

9BA94BF67592402...

Paul H. Templet PhD

DocuSigned by:

A62FBD8E549C40A...

Ronald L. Sass PhD

Electronically signed

John Pardue PhD

DocuSigned by:

0D4026CF31C5405...

Frank L. Willis PhD,PE

Electronically signed

Howard C. Clark PhD

Larry G. Dunbar PE

I have reviewed the foregoing Preliminary Expert Report on Violations. Based upon the facts set forth therein, it is my opinion that the conclusions reached are consistent with the Louisiana State and Local Coastal Resources Management Act, La. R.S. 49:214.21, et seq., and with the interpretations of the Act and practices of the Office of Coastal Management, Department of Natural Resources, of the State of Louisiana, in administering and enforcing the Act.

Keith Lovell (signature) Date: 30 April 2018

Keith Lovell
Assistant Secretary
Office of Coastal Management
Louisiana Department of Natural Resources

## Appendix A—Well Details

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 25284 | VUA; SL 335 DEU NO. 001 | P&A Gas & Condensate Producer | 12/16/1940 | 1/19/1941 | 3/21/1941 | 5/1/1991 |
| 26018 | VUA;SL 335 DEU NO. 002 | P&A Gas & Condensate Producer | 6/2/1941 | 7/31/1941 | 12/12/1941 | 3/15/1997 |
| 28160 | VUA;SL 335 DEU NO. 003 | P&A Gas & Condensate Producer | 1/20/1943 | 10/12/1942 | 12/29/1942 | 5/17/1990 |
| 28181 | VUA;SL 335 DEU NO. 005 | P&A Producer | 1/28/1943 | 5/30/1943 | 7/16/1943 | 11/14/2006 |
| 28656 | VUA;SL 335 DEU NO. 006 | P&A Gas & Condensate Producer | 8/3/1943 | 8/11/1943 | 10/12/1943 | 7/26/1998 |
| 28853 | VUA; SL 335 DEU NO. 007 | P&A Oil Producer | 10/20/1943 | 10/16/1943 | 11/19/1943 | 12/17/1983 |
| 28969 | STATE LSE 335 DELCROIX UNIT NO. 008 | P&A Producer | 12/1/1943 | 11/26/1943 | 12/22/1943 | 12/22/1943 |
| 29070 | VUA;SL 335 DEU NO. 009 | P&A Producer | 1/12/1944 | 1/11/1944 | 3/7/1944 | 8/12/2000 |
| 31357 | VUA;SL 335 DEU NO. 004 | P&A Oil Producer | 1/11/1946 | 2/13/1946 | 3/29/1946 | 7/26/1998 |
| 32566 | VUA;SL 335 DEU NO. 010 | P&A Producer | 10/31/1946 | 1/21/1947 | 3/8/1947 | 4/17/2003 |
| 32996 | VUA;SL 335 DEU NO. 011 | P&A Gas & Condensate Producer | 2/25/1947 | 5/20/1947 | 7/2/1974 | 2/5/1996 |
| 33711 | VUA;SL 335 DEU NO. 012 | P&A Gas & Condensate Producer | 7/17/1947 | 7/31/1947 | 10/3/1947 | 3/15/1997 |
| 33848 | VUA;SL 335 DEU NO. 013 | P&A Gas & Condensate Producer | 8/11/1947 | 10/6/1947 | 11/14/1947 | 3/15/1997 |
| 34474 | VUA;SL 335 DEU NO. 014 | P&A Gas & Condensate Producer | 11/17/1947 | 11/19/1947 | 12/27/1947 | 5/16/1991 |
| 35249 | SL 335 DELACROIX UNIT NO. 016 | P&A Dry Hole | 3/30/1948 | 5/16/1948 | 6/3/1948 | 6/3/1948 |
| 35993 | VUA;SL 335 DEU NO. 015 | P&A Gas & Condensate Producer | 7/8/1948 | 9/7/1948 | 10/7/1948 | 7/25/1998 |
| 36812 | ST LSE 335-DELACROIX UNIT NO. 017 | P&A Dry Hole | 10/20/1948 | 10/21/1948 | 11/30/1948 | 11/29/1948 |
| 36943 | VUA;SL 335 DEU NO. 018 | P&A Gas & Condensate Producer | 11/9/1948 | 12/4/1948 | 12/20/1948 | 5/17/1991 |
| 37265 | SL 335 DELACROIX UNIT NO. 019 | P&A Dry Hole | 12/29/1948 | 1/28/1949 | 3/29/1949 | 3/29/1949 |
| 39700 | VUA;SL 335 DEU NO. 020 | P&A Gas & Condensate Producer | 12/5/1949 | 12/17/1949 | 2/27/1950 | 7/24/1998 |

## Appendix A—Well Details

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 41103 | VUA;SL 335 DEU NO. 021 | P&A Gas & Condensate Producer | 6/30/1950 | 7/20/1950 | 8/16/1950 | 7/25/1998 |
| 41508 | VUA; SL 335 DEU NO. 022 | P&A Gas & Condensate Producer | 8/17/1950 | 8/26/1950 | 9/23/1950 | 5/14/1991 |
| 41816 | VUA;SL 335 DEU NO. 023 | P&A Producer | 9/28/1950 | 10/1/1950 | 10/24/1950 | 12/8/1999 |
| 42059 | VUA;SL 335 DEU NO. 025 | P&A Gas & Condensate Producer | 10/31/1950 | 11/9/1950 | 11/30/1950 | 5/13/1991 |
| 42320 | VUA;SL 335 DEU NO. 026 | P&A Gas & Condensate Producer | 12/5/1950 | 12/2/1950 | 12/19/1950 | 5/4/1991 |
| 42423 | VUA;SL 335 DEU NO. 027 | P&A Dry Gas Producer | 12/19/1950 | 12/23/1950 | 1/15/1951 | 5/21/1991 |
| 42532 | VUA NO. 028 | P&A Oil Producer | 1/10/1951 | 1/19/1951 | 2/20/1951 | 5/11/1991 |
| 43622 | HUMBLE-DELACROIX ST 1930 NO. 001-H | Unable To Be Located (No P&A) | 7/9/1951 | 7/12/1951 | 10/4/1951 | |
| 43755 | VUA;SL 335 DEU NO. 029 | P&A Gas & Condensate Producer | 7/24/1951 | 7/24/1951 | 8/14/1951 | 6/1/1991 |
| 43879 | ST LSE 335 DELACROIX UNIT NO. 030 | P&A Dry Hole | 8/6/1951 | 8/17/1951 | 10/5/1951 | 10/5/1951 |
| 45555 | TEX CO DELACROIX CORP SL 335 U NO. 001-E | P&A Dry Hole | 3/31/1952 | 3/29/1952 | 4/19/1952 | 4/18/1952 |
| 46838 | TEX CO-HELIS PET CORP SL 335 NO. 001-E | P&A Dry Hole | 9/22/1952 | 9/25/1952 | 11/15/1952 | 11/15/1952 |
| 48879 | ST LSE #335-DELACROIX UNIT NO. 031 | P&A Dry Hole | 6/4/1953 | 6/9/1953 | 7/4/1953 | 7/4/1953 |
| 49161 | VUA;SL 335 DEU NO. 032 | P&A Oil Producer | 7/9/1953 | 7/20/1953 | 8/27/1953 | 3/15/1997 |
| 55945 | STATE-PEREZ UNIT #4 NO. 001 | P&A Dry Hole | 3/21/1955 | 3/20/1955 | 4/18/1955 | 4/18/1955 |
| 56332 | VUA;SL 335 DEU NO. 033 | P&A Producer | 4/18/1955 | 5/5/1955 | 5/30/1955 | 11/2/2001 |
| 57548 | GEORGE B CONOVER FEE NO. 001 | P&A Dry Hole | 7/19/1955 | 7/19/1955 | 8/2/1955 | 8/2/1955 |
| 61259 | DELACROIX NO. 001 | P&A Gas & Condensate Producer | 5/1/1956 | 5/10/1956 | 9/13/1956 | 12/18/1958 |
| 63309 | ISABEL AND EMILY ROMANO NO. 001 | P&A Oil Producer | 10/8/1956 | 10/1/1956 | 3/21/1957 | 1/15/1959 |
| 65428 | VUA; SL 335 DEU NO. 034 | P&A Gas & Condensate Producer | 3/19/1957 | 4/4/1957 | 7/12/1957 | 8/8/1975 |
| 65802 | DELACROIX UNIT NO. 014D | P&A Oil Producer | 4/22/1957 | 11/19/1947 | 4/1/1957 | 5/16/1991 |
| 65862 | VUA;SL 335 DEU NO. 015D | P&A Oil Producer | 4/26/1957 | 4/2/1957 | 4/26/1957 | 7/25/1998 |

**Appendix A—Well Details**

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 69806 | VUA;SL 335 DEU NO. 036 | P&A Producer | 3/14/1958 | 3/19/1958 | 5/14/1958 | 11/1/2001 |
| 70438 | SL 335 DEU NO. 036D | P&A Producer | 5/13/1958 | 3/19/1958 | 4/19/1958 | 11/1/2001 |
| 71755 | VUA;SL 335 DEU NO. 035 | P&A Gas & Condensate Producer | 8/22/1958 | 9/1/1958 | 12/15/1958 | 5/24/1991 |
| 73479 | VUA; SL 335 DEU NO. 037 | P&A Gas & Condensate Producer | 1/7/1959 | 1/22/1959 | 2/12/1959 | 5/26/1991 |
| 74442 | VUA; SL 335 DEU NO. 038 | P&A Oil Producer | 4/2/1959 | 4/5/1959 | 6/4/1959 | 5/28/1991 |
| 76595 | NICHOLAS PEREZ NO. 001 | P&A Dry Hole | 9/11/1959 | 9/27/1959 | 11/23/1959 | 11/20/1959 |
| 76738 | DELACROIX UNIT NO. 018-D | P&A Producer | 9/23/1959 | | | 5/17/1991 |
| 76739 | SL 335 DEU NO. 002-D | P&A Producer | 9/23/1959 | | | 3/15/1997 |
| 77406 | VUA; SL 335 DEU NO. 039 | P&A Gas & Condensate Producer | 11/12/1959 | 11/14/1959 | 11/29/1959 | 5/10/1991 |
| 79142 | VUA; SL 335 DEU NO. 040 | P&A Oil Producer | 4/7/1960 | 4/24/1960 | 5/16/1960 | 11/12/1984 |
| 83253 | VUA;SL 335 DEU NO. 041 | P&A Producer | 2/7/1961 | 2/9/1961 | 4/27/1961 | 9/28/2006 |
| 109827 | GEORGE B CONOVER FEE NO. 002 | P&A Dry Hole | 6/21/1965 | 7/27/1965 | 8/13/1965 | 8/13/1965 |
| 111862 | DELACROIX CORP NO. A-1 | P&A Dry Hole | 10/6/1965 | 10/22/1965 | 11/25/1965 | 11/25/1965 |
| 111863 | DELACROIX CROP NO. A-2 | P&A Dry Hole | 10/6/1965 | 11/14/1965 | 11/27/1965 | 11/27/1965 |
| 112871 | SL 335 DEU NO. 013D | P&A Producer | 12/3/1965 | 12/18/1965 | 3/2/1966 | 3/15/1997 |
| 115385 | DELACROIX ET AL NO. 001 | P&A Gas & Condensate Producer | 6/6/1966 | 6/24/1966 | 11/15/1966 | 11/12/1987 |
| 117676 | CIB OP 1 RA SUA;DELACROIX NO. 001D | P&A Gas & Condensate Producer | 11/11/1966 | 6/24/1966 | 11/15/1966 | 11/12/1987 |
| 119699 | CIB OP 2 SUB;PEREZ ET AL NO. 001 | P&A Dry Hole | 4/25/1967 | 4/27/1967 | 7/3/1967 | 7/3/1967 |
| 120918 | A P SERPAS NO. 001 | P&A Dry Hole | 8/1/1967 | 8/20/1967 | 8/31/1967 | 8/31/1967 |
| 121138 | CIB OP 2 SUB;MELERINE NO. 001 | P&A Gas & Condensate Producer | 8/16/1967 | 9/3/1967 | 10/25/1967 | 12/19/1983 |
| 122134 | CIB OP 1 SUB;MELERINE NO. 001D | P&A Gas & Condensate Producer | 10/30/1967 | 9/3/1967 | 10/25/1967 | 12/19/1983 |
| 123061 | DELACROIX CORP NO. 001 | P&A Dry Hole | 1/11/1968 | 1/26/1968 | 5/15/1968 | 5/17/1994 |

## Appendix A—Well Details

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 123946 | PORTIE ETAL NO. 001 | P&A Dry Hole | 4/4/1968 | 7/18/1968 | 8/14/1968 | 8/14/1968 |
| 124237 | L J CARMODELLE ETAL NO. 001 | P&A Dry Hole | 4/29/1968 | 5/21/1968 | 7/11/1968 | 7/11/1968 |
| 126081 | MENESSES-MELERINE NO. 001 | P&A Dry Hole | 9/19/1968 | 9/28/1968 | 11/2/1968 | 11/2/1968 |
| 126563 | L J CARMADELLE NO. 001 | P&A Dry Hole | 10/28/1968 | | 12/5/1968 | 12/5/1968 |
| 128313 | VUA;SL 335 DEU NO. 042 | P&A Producer | 3/31/1969 | 3/30/1969 | 4/9/1969 | 10/26/2006 |
| 129896 | VUA;SL 335 DEU NO. 024 | P&A Producer | 8/8/1969 | 9/3/1969 | 9/26/1969 | 11/12/2006 |
| 130441 | SL 335 DEU NO. 024D | P&A Producer | 9/19/1969 | 9/3/1969 | 9/26/1969 | 11/12/2006 |
| 131207 | VUA;SL 335 DEU NO. 046 | P&A Gas & Condensate Producer | 11/17/1969 | 2/24/1970 | 3/14/1970 | 7/23/1998 |
| 131206 | VUA;SL 335 DEU NO. 043 | P&A Producer | 11/17/1969 | 2/3/1970 | 6/17/1970 | 11/7/2006 |
| 132239 | VUA;SL 335 DEU NO. 047 | P&A Producer | 2/19/1970 | 3/15/1970 | 3/25/1970 | 10/8/2006 |
| 132392 | SL 335 DEU NO. 046D | P&A Producer | 3/9/1970 | 2/24/1970 | 3/12/1970 | 7/23/1998 |
| 133018 | DELACROIX CORP - SL 5485 NO. 001 | P&A Dry Hole | 5/5/1970 | 9/4/1970 | 10/2/1970 | 10/2/1970 |
| 133228 | VUA;SL 335 DEU NO. 048 | P&A Producer | 5/22/1970 | 7/23/1970 | 8/21/1970 | 4/15/2003 |
| 133963 | VUA;SL 335 DEU NO. 049 | P&A Gas & Condensate Producer | 7/30/1970 | 8/14/1970 | 9/4/1970 | 5/20/1991 |
| 134145 | 8050' SUA; CANEPO NO. 001 | P&A Gas & Condensate Producer | 8/17/1970 | 9/20/1970 | 10/10/1970 | 3/17/1975 |
| 134146 | SL 335 DEU NO. 048D | P&A Producer | 8/17/1970 | 7/23/1970 | 5/23/1971 | 4/15/2003 |
| 134296 | MID MIO RA SUA;ST SMITH NO. 001 | P&A Gas & Condensate Producer | 8/21/1970 | 10/4/1970 | | 4/11/1985 |
| 134424 | VUA;SL 335 DEU NO. 050 | P&A Producer | 9/1/1970 | 11/7/1970 | 12/19/1970 | 8/17/2000 |
| 135464 | 8050 SUB; DELACROIX NO. 001 | P&A Gas & Condensate Producer | 12/1/1970 | 11/21/1970 | 11/28/1970 | 3/7/1975 |
| 136611 | VUA;SL 335 DEU NO. 051 | P&A Oil Producer | 5/10/1971 | 5/24/1971 | 6/7/1971 | 4/26/1991 |
| 137760 | DELACROIX CORP NO. 001 | P&A Dry Hole | 9/29/1971 | 12/17/1971 | 2/2/1972 | 2/2/1972 |
| 138468 | DELACROIX UNIT NO. 052 | P&A Dry Hole | 12/6/1971 | 12/20/1971 | 12/30/1971 | 12/30/1971 |
| 148661 | CARROL C QUATROY NO. 001 | P&A Dry Hole | 5/15/1975 | 7/4/1975 | 7/24/1975 | 7/24/1975 |