# Exhibit 1
# Part 6

## Appendix A—Well Details

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 156173 | MID MIO RA SUB;SL 335 NO. 001 | P&A Gas & Condensate Producer | 7/5/1977 | 7/31/1977 | 9/13/1977 | 3/25/1981 |
| 157165 | VUA;SL 335 DEU NO. 055 | P&A Dry Hole | 9/29/1977 | 10/26/1977 | 11/13/1977 | 11/13/1977 |
| 159022 | VUA;SL 335 DEU NO. 056 | P&A Producer | 4/12/1978 | 9/2/1978 | 9/22/1978 | 4/22/2003 |
| 160492 | TEX W 2 RA SUA;PEREZ NO. 001 | P&A Gas & Condensate Producer | 8/9/1978 | 10/11/1978 | 12/19/1978 | 11/26/1984 |
| 161137 | VUA;SL 335 DEU NO. 054 | P&A Gas & Condensate Producer | 9/22/1978 | 9/21/1978 | 12/13/1978 | 11/4/2001 |
| 162663 | STATE-SMITH ET AL NO. 002 | P&A Dry Hole | 1/26/1979 | 3/1/1979 | 3/12/1979 | 3/12/1979 |
| 163062 | TEX W 1 RA SUA;PEREZ NO. 001-D | P&A Gas & Condensate Producer | 3/21/1979 | 10/11/1978 | 12/19/1978 | 11/26/1984 |
| 164271 | CIB OP1SUB;DELACROIX NO. 001 | P&A Dry Hole | 7/11/1979 | 11/27/1979 | 12/20/1979 | 12/20/1979 |
| 166337 | VUA;SL 335 DEU NO. 057 | P&A Producer | 11/21/1979 | 11/23/1979 | 2/29/1980 | 9/19/2006 |
| 169857 | EMILY ROMANO ET AL NO. 001 | P&A Dry Hole | 7/17/1980 | 7/18/1980 | 8/17/1980 | 8/17/1980 |
| 172597 | CARROL C QUATRAY NO. 001 | P&A Dry Hole | 12/8/1980 | 12/24/1980 | 1/31/1981 | 1/31/1981 |
| 173199 | BH 11550 RA SUA;SL 8565 DEL NO. 001 | P&A Gas & Condensate Producer | 1/9/1981 | 1/10/1981 | 3/31/1981 | 12/14/1983 |
| 175971 | BH 12000 RA SUA;SL 8565 NO. 002 | P&A Gas & Condensate Producer | 6/26/1981 | 7/22/1981 | 4/21/1982 | 8/5/1987 |
| 177614 | CIB OP 2 RA SUA;DELACROIX NO. 001 | P&A Gas & Condensate Producer | 9/25/1981 | 12/26/1981 | 3/10/1982 | 10/19/1991 |
| 178433 | HERMAN ROBIN ET AL NO. 001 | P&A Dry Hole | 11/9/1981 | 11/16/1981 | 1/28/1982 | 1/28/1982 |
| 180335 | SL 8565 DELACROIX NO. 004 | P&A Dry Hole | 3/16/1982 | 3/27/1982 | | 7/30/1982 |
| 180817 | CIB OP 1 RB SUA;DELACROIX NO. 001-D | P&A Gas & Condensate Producer | 4/21/1982 | 12/26/1981 | 3/10/1982 | 10/19/1991 |
| 181085 | 8500 MID MIO RA SUA;W SMITH NO. 001 | P&A Gas & Condensate Producer | 5/13/1982 | 8/1/1982 | 8/27/1982 | 4/6/1985 |
| 188812 | DELACROIX CORPORATION NO. 001 | P&A Dry Hole | 11/4/1983 | 12/20/1983 | | 12/29/1983 |
| 195593 | VUA;MOLERO NO. 001 | PA-35 Temporarily Inactive | 10/15/1984 | 10/13/1984 | 11/23/1984 | |
| 211611 | VUA;SL 335 DEU NO. 059 | P&A Producer | 4/26/1990 | 5/19/1990 | 6/4/1990 | 12/9/1999 |

## Appendix A—Well Details

| Serial | Well Name | Status | Permit Date | Spud Date | Original Completion Date | P&A Date |
|---|---|---|---|---|---|---|
| 211612 | VUA;SL 335 DEU NO. 060 | P&A Producer | 4/26/1990 | 6/5/1990 | 8/17/1990 | 10/3/2006 |
| 211613 | SL 335 DEU SWD NO. 001 | P&A Producer | 4/26/1990 | 7/13/1990 | 8/11/1990 | 10/23/2006 |
| 211744 | VUA;SL 335 DEU NO. 062 | P&A Producer | 5/23/1990 | 6/24/1990 | 7/12/1990 | 10/16/2006 |
| 215633 | VUA;SL 335 DEU NO. 064 | P&A Dry Hole | 5/5/1993 | 6/25/1993 | | 7/7/1993 |
| 216556 | DELACROIX CORP A NO. 001 | P&A Dry Hole | 2/7/1994 | 3/27/1994 | | 4/4/1994 |
| 221523 | DELACROIX CORP NO. 001 | P&A Dry Hole | 12/10/1997 | 1/18/1998 | | 12/26/2001 |
| 221533 | 8100 RA SUA;DELACROIX CORP NO. 001-ALT | P&A Producer | 12/12/1997 | 12/27/1997 | 1/18/1998 | 11/4/2012 |
| 224688 | BIG HUM RA SUA;W G SMITH ETAL NO. 001 | P&A Producer | 8/14/2000 | 11/4/2000 | 4/7/2001 | 2/8/2012 |
| 225241 | WINIFRED G SMITH ETAL NO. 001-D | P&A Producer | 12/7/2000 | 11/4/2000 | 3/30/2001 | 2/8/2012 |
| 226149 | WINIFRED G SMITH ETAL SWD NO. 002 | P&A Producer | 7/10/2001 | 7/24/2001 | 10/5/2001 | 2/8/2012 |
| 229403 | 8100 RA SUA;GONZALES NO. 001 | P&A Producer | 4/2/2004 | 4/20/2004 | 7/29/2004 | 11/1/2012 |
| 230854 | 8700 RA SUA;DELACROIX CORP NO. 001-ALT | PA-35 Temporarily Inactive | 2/11/2005 | 2/28/2005 | 4/29/2005 | |
| 231094 | 8050 RB SUA;OMEADOW ROBIN NO. 001 | PA-35 Temporarily Inactive | 3/29/2005 | 3/29/2005 | 4/27/2005 | |
| 231343 | CRIS I RA SUA;DELACROIX ETAL NO. 001 | P&A Producer | 5/17/2005 | | 8/5/2005 | 12/19/2012 |
| 973390 | DELACROIX SWD NO. 1 | Dry & Plugged | 4/27/2006 | 5/22/2006 | 6/10/2006 | 11/15/2012 |
| 238140 | 8050 RA SUA;LAC REAL EST ETAL NO. 001 | PA-35 Temporarily Inactive | 7/14/2008 | 8/1/2008 | 12/13/2008 | |

## Appendix B—Well Operator History

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| 25284 | TEXACO, INC. | 12/16/1940 | N/A |
| 26018 | TEXACO, INC. | 6/2/1941 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 28160 | TEXACO, INC. | 1/20/1943 | N/A |
| 28181 | TEXACO, INC. | 1/28/1943 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 28656 | TEXACO, INC. | 8/3/1943 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 28853 | TEXACO, INC. | 10/20/1943 | N/A |
| 28969 | TEXACO, INC. | 12/1/1943 | N/A |
| 29070 | TEXACO, INC. | 1/12/1944 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 31357 | TEXACO, INC. | 1/11/1946 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 32566 | TEXACO, INC. | 10/31/1946 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 32996 | TEXACO, INC. | 2/25/1947 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 33711 | TEXACO, INC. | 7/17/1947 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 33848 | TEXACO, INC. | 8/11/1947 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 34474 | TEXACO, INC. | 11/17/1947 | N/A |
| 35249 | TEXACO, INC. | 3/30/1948 | N/A |
| 35993 | TEXACO, INC. | 7/8/1948 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 36812 | TEXACO, INC. | 10/20/1948 | N/A |
| 36943 | TEXACO, INC. | 11/9/1948 | N/A |
| 37265 | TEXACO, INC. | 12/29/1948 | N/A |
| 39700 | TEXACO, INC. | 12/5/1949 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 41103 | TEXACO, INC. | 6/30/1950 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 41508 | TEXACO, INC. | 8/17/1950 | N/A |

## Appendix B—Well Operator History

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| 41816 | TEXACO, INC. | 9/28/1950 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 42059 | TEXACO, INC. | 10/31/1950 | N/A |
| 42320 | TEXACO, INC. | 12/5/1950 | N/A |
| 42423 | TEXACO, INC. | 12/19/1950 | N/A |
| 42532 | TEXACO, INC. | 1/10/1951 | N/A |
| 43622 | RICHARDSON & BASS (LA ACCT) ETAL | 7/9/1951 | N/A |
| 43755 | TEXACO, INC. | 7/24/1951 | N/A |
| 43879 | TEXACO, INC. | 8/6/1951 | N/A |
| 45555 | RICHARDSON & BASS (LA ACCT) ETAL | 3/31/1952 | N/A |
| 46838 | RICHARDSON & BASS (LA ACCT) ETAL | 9/22/1952 | N/A |
| 48879 | TEXACO, INC. | 6/4/1953 | N/A |
| 49161 | TEXACO, INC. | 7/9/1953 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 55945 | TEXACO, INC. | 3/21/1955 | N/A |
| 56332 | TEXACO, INC. | 4/18/1955 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 57548 | TEXACO, INC. | 7/19/1955 | N/A |
| 61259 | CONOCO INC. | 5/1/1956 | N/A |
| 63309 | CONOCO INC. | 10/8/1956 | N/A |
| 65428 | TEXACO, INC. | 3/19/1957 | N/A |
| 65802 | TEXACO, INC. | 4/22/1957 | N/A |
| 65862 | TEXACO, INC. | 4/26/1957 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 69806 | TEXACO, INC. | 3/14/1958 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 70438 | TEXACO, INC. | 5/13/1958 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 71755 | TEXACO, INC. | 8/22/1958 | N/A |
| 73479 | TEXACO, INC. | 1/7/1959 | N/A |
| 74442 | TEXACO, INC. | 4/2/1959 | N/A |
| 76595 | CONOCO INC. | 9/11/1959 | N/A |
| 76738 | TEXACO, INC. | 9/23/1959 | N/A |
| 76739 | TEXACO, INC. | 9/23/1959 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 77406 | TEXACO, INC. | 11/12/1959 | N/A |
| 79142 | TEXACO, INC. | 4/7/1960 | N/A |
| 83253 | TEXACO, INC. | 2/7/1961 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |

## Appendix B—Well Operator History

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 109827 | TEXACO, INC. | 6/21/1965 | N/A |
| 111862 | AN-SON CORPORATION | 10/6/1965 | N/A |
| 111863 | AN-SON CORPORATION | 10/6/1965 | N/A |
| 112871 | TEXACO, INC. | 12/3/1965 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 115385 | SINCLAIR OIL & GAS CO. | 6/6/1966 | 3/13/1969 |
| | ARCO O & G CO-DIV ATL RICH CO | 3/14/1969 | 5/31/1986 |
| | TXO PRODUCTION CORP. | 6/1/1986 | N/A |
| 117676 | SINCLAIR OIL & GAS CO. | 11/11/1966 | 3/13/1969 |
| | ARCO O & G CO-DIV ATL RICH CO | 3/14/1969 | 5/31/1986 |
| | TXO PRODUCTION CORP. | 6/1/1986 | N/A |
| 119699 | SINCLAIR OIL & GAS CO. | 4/25/1967 | N/A |
| 120918 | TIDEWATER OIL COMPANY | 8/1/1967 | N/A |
| 121138 | SINCLAIR OIL & GAS CO. | 8/16/1967 | 3/13/1969 |
| | ARCO O & G CO-DIV ATL RICH CO | 3/14/1969 | N/A |
| 122134 | SINCLAIR OIL & GAS CO. | 10/30/1967 | 3/13/1969 |
| | ARCO O & G CO-DIV ATL RICH CO | 3/14/1969 | N/A |
| 123061 | SINCLAIR OIL & GAS CO. | 1/11/1968 | 10/7/1968 |
| | SINCLAIR OIL | 10/8/1968 | 3/13/1969 |
| | ATLANTIC RICHFIELD | 3/14/1969 | 5/31/1979 |
| | ARCO O & G CO-DIV ATL RICH CO | 6/1/1979 | N/A |
| 123946 | P. R. RUTHERFORD | 4/4/1968 | N/A |
| 124237 | SINCLAIR OIL & GAS CO. | 4/29/1968 | N/A |
| 126081 | UNION PRODUCING COMPANY | 9/19/1968 | N/A |
| 126563 | DAVIS OIL COMPANY | 10/28/1968 | N/A |
| 128313 | TEXACO, INC. | 3/31/1969 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 129896 | TEXACO, INC. | 8/8/1969 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 130441 | TEXACO, INC. | 9/19/1969 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 131206 | TEXACO, INC. | 11/17/1969 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 131207 | TEXACO, INC. | 11/17/1969 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 132239 | TEXACO, INC. | 2/19/1970 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 132392 | TEXACO, INC. | 3/9/1970 | 5/31/1994 |

**Appendix B—Well Operator History**

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 133018 | KILROY CO. OF TEXAS, INC. | 5/5/1970 | N/A |
| 133228 | TEXACO, INC. | 5/22/1970 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 133963 | TEXACO, INC. | 7/30/1970 | N/A |
| 134145 | PATRICK PETROLEUM CORPORATION | 8/17/1970 | N/A |
| 134146 | TEXACO, INC. | 8/17/1970 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 134296 | JONES-O'BRIEN, INC. | 8/21/1970 | 2/28/1982 |
| | J-O'B OPERATING COMPANY | 3/1/1982 | 12/31/1982 |
| | REESE OIL AND GAS COMPANY | 1/1/1983 | N/A |
| 134424 | TEXACO, INC. | 9/1/1970 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 135464 | PATRICK PETROLEUM CORPORATION | 12/1/1970 | N/A |
| 136611 | TEXACO, INC. | 5/10/1971 | N/A |
| 137760 | MCCORMICK OPERATING COMPANY | 9/29/1971 | N/A |
| 138468 | TEXACO, INC. | 12/6/1971 | N/A |
| 148661 | PENGO PETROLEUM, INC. | 5/15/1975 | N/A |
| 156173 | MARTIN EXPLORATION CO. | 7/5/1977 | N/A |
| 157165 | TEXACO, INC. | 9/29/1977 | N/A |
| 159022 | TEXACO, INC. | 4/12/1978 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 160492 | C.F. BRAUN & COMPANY | 8/9/1978 | N/A |
| 161137 | TEXACO, INC. | 9/22/1978 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 162663 | JONES-O'BRIEN, INC. | 1/26/1979 | N/A |
| 163062 | C.F. BRAUN & COMPANY | 3/21/1979 | N/A |
| 164271 | VERMILION EXPLORATION, INC. | 7/11/1979 | N/A |
| 166337 | TEXACO, INC. | 11/21/1979 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 169857 | C.F. BRAUN & COMPANY | 7/17/1980 | N/A |
| 172597 | WAINOCO OIL & GAS CO. | 12/8/1980 | N/A |
| 173199 | ARKLA EXPLORATION COMPANY | 1/9/1981 | N/A |
| 175971 | ARKLA EXPLORATION COMPANY | 6/26/1981 | N/A |
| 177614 | BUCKEYE PETROLEUM COMPANY, INC | 9/25/1981 | 5/10/1983 |
| | CALLON PETROLEUM COMPANY | 5/11/1983 | N/A |
| 178433 | HIGHLANDS ENERGY CORPORATION (CA) | 11/9/1981 | N/A |
| 180335 | ARKLA EXPLORATION COMPANY | 3/16/1982 | N/A |
| 180817 | BUCKEYE PETROLEUM COMPANY, INC | 4/21/1982 | 4/30/1983 |

## Appendix B—Well Operator History

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| | CALLON PETROLEUM COMPANY | 5/1/1983 | N/A |
| 181085 | REESE OIL AND GAS COMPANY | 5/13/1982 | N/A |
| 188812 | H J F CORPORATION | 11/4/1983 | N/A |
| 195593 | C.F. BRAUN & COMPANY | 10/15/1984 | 1/31/1986 |
| | SANTA FE BRAUN, INC | 2/1/1986 | 5/31/1990 |
| | CONCORD OPERATING INCORPORATED | 6/1/1990 | 5/31/2005 |
| | CRAWFORD ENERGY OPERATING CO | 6/1/2005 | 7/31/2008 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2008 | 6/30/2013 |
| | S2 ENERGY OPERATING LLC | 7/1/2013 | N/A |
| 211611 | TEXACO, INC. | 4/26/1990 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 211612 | TEXACO, INC. | 4/26/1990 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 211613 | TEXACO, INC. | 4/26/1990 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 211744 | TEXACO, INC. | 5/23/1990 | 5/31/1994 |
| | TEXACO E & P INC. | 6/1/1994 | 2/28/1995 |
| | APACHE CORPORATION | 3/1/1995 | N/A |
| 215633 | TEXACO, INC. | 5/5/1993 | N/A |
| 216556 | CASKIDS OPERATING COMPANY | 2/7/1994 | N/A |
| 221523 | LA. LAND & EXPL. CO. | 12/10/1997 | N/A |
| 221533 | LA. LAND & EXPL. CO. | 12/12/1997 | 1/31/2004 |
| | MAIN ENERGY, INC. | 2/1/2004 | 6/28/2005 |
| | WHITE OAK OPERATING CO, LLC | 6/29/2005 | 4/30/2008 |
| | CHROMA OPERATING, INC. | 5/1/2008 | 7/31/2011 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2011 | N/A |
| 224688 | LLOG EXPL. CO. | 8/14/2000 | 3/31/2001 |
| | AMERADA HESS CORPORATION | 4/1/2001 | 2/14/2005 |
| | HARVEST OIL & GAS, LLC | 2/15/2005 | N/A |
| 225241 | LLOG EXPL. CO. | 12/7/2000 | 3/31/2001 |
| | AMERADA HESS CORPORATION | 4/1/2001 | 2/14/2005 |
| | HARVEST OIL & GAS, LLC | 2/15/2005 | N/A |
| 226149 | AMERADA HESS CORPORATION | 7/10/2001 | 2/14/2005 |
| | HARVEST OIL & GAS, LLC | 2/15/2005 | N/A |
| 229403 | MAIN ENERGY, INC. | 4/2/2004 | 6/28/2005 |
| | WHITE OAK OPERATING CO, LLC | 6/29/2005 | 4/30/2008 |
| | CHROMA OPERATING, INC. | 5/1/2008 | 7/31/2011 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2011 | N/A |
| 230854 | CRAWFORD ENERGY OPERATING CO | 2/11/2005 | 7/31/2008 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2008 | 6/30/2013 |
| | S2 ENERGY OPERATING LLC | 7/1/2013 | N/A |
| 231094 | CRAWFORD ENERGY OPERATING CO | 3/29/2005 | 7/31/2008 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2008 | 6/30/2013 |

## Appendix B—Well Operator History

| Well Serial | Operator Name | Begin Date | End Date |
|---|---|---|---|
| | S2 ENERGY OPERATING LLC | 7/1/2013 | N/A |
| 231343 | THE MERIDIAN RES. & EXP. LLC | 5/17/2005 | 9/30/2010 |
| | ROZEL OPERATING COMPANY | 10/1/2010 | N/A |
| 238140 | CRAWFORD ENERGY OPERATING CO | 7/14/2008 | 7/31/2008 |
| | CRAWFORD HUGHES OPERATING COMPANY | 8/1/2008 | 6/30/2013 |
| | S2 ENERGY OPERATING LLC | 7/1/2013 | N/A |
| 973390 | WHITE OAK OPERATING CO, LLC | 4/27/2006 | 4/30/2008 |
| | CRAWFORD HUGHES OPERATING COMPANY | 5/1/2008 | N/A |