# Exhibit 3

**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

**DOCKET NO. 60-996** **DIVISION "B"**

**THE PARISH OF PLAQUEMINES**

**VERSUS**

**ROZEL OPERATING COMPANY, CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND AND EXPLORATION COMPANY LLC, CHEVRON U.S.A. HOLDINGS INC., CHEVRON U.S.A. INC., THE TEXAS COMPANY, APACHE OIL CORPORATION, ATLANTIC RICHFIELD COMPANY, AND LLOG EXPLORATION & PRODUCTION COMPANY, L.L.C.**

**FILED:** ______________________ ______________________

**DEPUTY CLERK**

---

**FIRST AMENDMENT TO PETITION FOR DAMAGES TO THE PLAQUEMINES PARISH COASTAL ZONE**

**NOW INTO COURT** come plaintiffs, the Parish of Plaquemines, and the State of Louisiana *ex rel.* Parish of Plaquemines (collectively "Plaintiffs"), through undersigned counsel, to amend their Petition for Damages as per the Order of the Court dated March 20, 2017 in the following particulars:

**1.**

Plaintiffs renew and reiterate all of the allegations and the prayer of the original Petition for Damages. Except as amended below, the original Petition for Damages shall remain unchanged.

**2.**

For purposes hereof, Plaintiffs have adopted the method by which the various Defendants have collectively identified themselves in their responses to Plaintiffs' Requests for Admissions, Requests for Production of Documents, and Interrogatories to All Defendants issued pursuant to the Order of this Court dated March 20, 2017. As such, Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc. and The Texas Company are collectively referred to herein as "**Chevron**;" and ConocoPhillips Company and The Louisiana Land and Exploration Company, LLC are collectively be referred to herein as "**Conoco**." Similarly, Rozel Operating Company is referred to herein as "**Rozel**;" LLOG Exploration & Production Company, L.L.C. is referred to herein as "**LLOG**;" Atlantic Richfield Company is referred to herein as "**ARCO**;" and Apache

Corporation is referred to herein as "**Apache**." Unless otherwise stated, all references to exhibits or paragraph numbers below refer to the exhibits and numbered paragraphs in the original Petition for Damages. Capitalized terms refer to the definitions given them in the original Petition for Damages.

**3.**

Paragraph 19 is amended to add the following text at the end of said paragraph: "Chevron drilled and/or operated at least 71 wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of Chevron's wells is attached hereto as Exhibit H-1. The area bounding said wells shown on Exhibit H-1 is referred to herein as the "**Chevron Area**." Conoco drilled and or operated at least four wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of Conoco's wells is attached hereto as Exhibit H-2. The area bounding said wells shown on Exhibit H-2 is referred to herein as the "**Conoco Area**." Rozel drilled and or operated at least one well in the Operational Area, which is identified by serial number in Exhibit F. A map showing the location of Rozel's well is attached hereto as Exhibit H-3. The area bounding said well shown on Exhibit H-3 is referred to herein as the "**Rozel Area**." LLOG drilled and or operated at least two wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of LLOG's wells is attached hereto as Exhibit H-4. The area bounding said wells shown on Exhibit H-4 is referred to herein as the "**LLOG Area**." ARCO drilled and or operated at least five wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of ARCO's wells is attached hereto as Exhibit H-5. The area bounding said wells shown on Exhibit H-5 is referred to herein as the "**ARCO Area**." Apache drilled and or operated at least 37 wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of Apache's wells is attached hereto as Exhibit H-6. The area bounding said wells shown on Exhibit H-6 is referred to herein as the "**Apache Area**." Exhibit H-7 depicts the locations of the Chevron Area, the Conoco Area, the Rozel Area, the LLOG Area, the ARCO Area and the Apache Area in relation to each other and the Operational Area."

**4.**

Paragraph 20 is amended to add the following text to the end of said paragraph: "Upon information and belief, Chevron constructed, used and/or improperly closed at least five waste pits in the Chevron Area. Said pits are identified in Exhibit I-1. Upon information and belief, Conoco constructed, used and/or improperly closed at least one waste pit in the Conoco Area. Said pits are identified in Exhibit I-2. Upon information and belief, ARCO constructed, used and/or improperly closed at least three waste pits in the ARCO Area. Said pits are identified in Exhibit I-5. Upon information and belief, Apache constructed, used and/or improperly closed at least three waste pits in the Apache Area. Said pits are identified in Exhibit I-6. Upon information and belief, no coastal use permits for the construction, use or closure of any waste pits were issued for the Operational Area, making the alleged construction, use and/or closure of such pits by Chevron, Conoco, ARCO and Apache violations of the CZM Laws."

**5.**

Paragraph 23 is amended to add the following text to the end of said paragraph: "Upon information and belief, each of the individual Defendants' oil and gas production from wells in the Operational Area significantly predated its operation of any injection wells adequate to handle the volume of wastes generated by its oil and gas wells in the Operational Area. Exhibit J attached hereto contains a list of the coastal use permits produced by each Defendant in response to Plaintiffs' Requests for Admissions, Requests for Production of Documents, and Interrogatories to All Defendants issued pursuant to the Order of this Court dated March 20, 2017. No coastal use permits, whether or not produced by Defendants, have been identified which would have permitted the wastes, including NORM and produced water, associated with Defendants' oil and gas production to be discharged into the wetlands or waters of the Operational Area. Upon information and belief, each of the Defendants discharged wastes generated by their oil and gas production operations in the Operational Area into the wetlands and waters of the Operational Area in violation of CZM Laws."

**6.**

Paragraph 25 is amended to add the following text to the end of said paragraph:

"Upon information and belief, Chevron, Conoco, LLOG, ARCO and Apache each dredged and/or were the custodians of canals and channels located in the Chevron Area, Conoco Area, LLOG Area, ARCO Area and Apache Area, respectively, which were dredged in order to drill wells that have since been abandoned, and which canals were not properly designed and maintained, nor properly closed upon abandonment of the associated wells. The canals dredged and used by Chevron, Conoco, LLOG, ARCO and Apache in violation of CZM laws have significantly contributed to the land loss that has occurred within the Operational Area, the extent of which is shown in Exhibit K attached hereto. The land loss measurements depicted in Exhibit K, which represent land lost from the Operational Area through 2010, were made by USGS and reported in USGS Scientific Investigations Map 3164, a publicly available report. Other contributors to the land loss which occurred within the Operational Area include surface subsidence induced by production of vast quantities of fluids from the subsurface by each of the Defendants without using adequate countermeasures, such as fluid injection, to offset the resulting reduction of subsurface formation pressures, and the compounding effects of widespread, commingled contamination from Defendant's unpermitted releases and discharges of oilfield wastes into the interconnected tidal wetlands and waters of the Operational Area."

**7.**

Paragraph 31 is amended to add the following text at the end of said paragraph:

"No coastal use permits have been identified for work within the Operational Area for the purpose of clearing, revegetating, detoxifying and restoring to their original condition those portions of the Plaquemines Parish Coastal Zone damaged by Defendant' operations in the Operational Area."

WHEREFORE, petitioners reiterate the prayer of their original petition and pray that there be judgment herein in their favor and against the Defendants for all damages as are reasonable in the premises, together with legal interest and costs.

By Attorneys:

**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**
8397 Highway 23, Suite 100
Belle Chase, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110
W. Peter Connick (14158)
**CONNICK AND CONNICK**
3431 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin, (20191)
Scott O. Gaspard (23747)
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

*Attorneys for Plaintiffs*

**PLEASE SERVE THE FIRST AMENDMENT TO:**

**APACHE CORPORATION**
**LLOG EXPLORATION & PRODUCTION COMPANY, L.L.C.**
through their attorneys of record:
Douglas C. Longman, Jr.
Carmen M. Rodriguez
JONES WALKER, LLP
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, LA 70502-3408

**ROZEL OPERATING COMPANY**
through its attorneys of record:
Brandon W. Letulier
Melissa L. Theriot
Cliff A. LaCour
NEUNER PATE
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503

**CONOCOPHILLIPS COMPANY**
**THE LOUISIANA LAND AND EXPLORATION COMPANY, LLC**
through their attorney of record:
Deborah D. Kuchler
Robert E. Guidry
Sarah E. Iiams
Michele Hale DeShazo
KUCHLER POLK WEINER, LLC
1615 Poydras St., Ste. 1300
New Orleans, LA 70112

**CHEVRON U.S.A. INC.**
**CHEVRON U.S.A. HOLDINGS INC.**
**THE TEXAS COMPANY**
through their attorneys of record:
L. Victor Gregoire
Pamela R. Mascari
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, LA 0802

**ATLANTIC RICHFIELD COMPANY**
through its attorneys of record:
George Arceneaux III
Brittan J. Bush
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70505

**STATE OF LOUISIANA, *EX REL.* JEFF LANDRY, ATTORNEY GENERAL**
through its attorneys of record:
Ryan M. Seidemann
Elizabeth B. Murrill
Wilbert L. Stiles, III
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802

**STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF NATURAL RESOURCES, OFFICE OF COASTAL MANAGEMENT AND ITS SECRETARY, THOMAS F. HARRIS**
Through its attorneys of record:
J. Blake Canfield, Executive Counsel
Donald W. Price, Special Counsel
Post Office Box 94396
Baton Rouge, LA 70804
and
Megan K. Terrell
Office of Governor John Bel Edwards
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802

**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

**DOCKET NO. 60-996** **DIVISION "B"**

**THE PARISH OF PLAQUEMINES**

**VERSUS**

**ROZEL OPERATING COMPANY, CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND AND EXPLORATION COMPANY, LLC, CHEVRON U.S.A. HOLDINGS INC., CHEVRON U.S.A. INC., THE TEXAS COMPANY, APACHE OIL CORPORATION, ATLANTIC RICHFIELD COMPANY, AND LLOG EXPLORATION & PRODUCTION COMPANY, L.L.C.**

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and forgoing document has been forwarded to the following counsel of record by electronic mail and/or by placing same in the United States mail, postage prepaid, and properly addressed:

Ryan M. Seidemann
seidemann@ag.louisiana.gov
Elizabeth B. Murrill
murrille@ag.louisiana.gov
Wilbert L. Stiles, III
stilesw@ag.louisiana.gov
Assistant Attorney Generals
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802
*Attorneys for the State of Louisiana, ex rel. Jeff Landry, Attorney General*

Douglas C. Longman, Jr.
Carmen M. Rodriguez
JONES WALKER, LLP
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, LA 70502-3408
and
Grady S. Hurley
JONES WALKER, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
*Attorneys for Apache Corporation and LLOG Exploration & Production Company, L.L.C.*

J. Blake Canfield, Executive Counsel
blake.canfield@la.gov
Donald W. Price, Special Counsel
donald.price@la.gov
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804
and
Megan K. Terrell
megan.terrell2@la.gov.com
Office of Governor John Bel Edwards
GOVERNOR'S OFFICE FOR COASTAL ACTIVITIES
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802
*Attorneys for the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris*

Brandon W. Letulier
Melissa L. Theriot
Cliff A. LaCour
NEUNER PATE
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
*Attorneys for Rozel Operating Company*

L. Victor Gregoire
victor.gregoire@keanmiller.com
Pamela R. Mascari
pam.mascari@keanmiller.com
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Post Office Box 3513
Baton Rouge, LA 0802
and
Michael R. Phillips
mike.phillips@keanmiller.com
Claire E. Juneau
claire.juneau@keanmiller.com
KEAN MILLER LLP
909 Poydras, Suite 3600
New Orleans, LA 70112
and
Eric J. Mayer
emayer@susmangodfrey.com
Alexandra G. White
lwhite@susmangodfrey.com
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
and
Mark A. Pivach
mpivach@pivachlaw.com
PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
*Attorneys for Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., and The Texas Company*

George Arceneaux III
garceneaux@liskow.com
Brittan J. Bush
bjbush@liskow.com
LISKOW & LEWIS
822 Harding Street
Post Office Box 52008
Lafayette, LA 70505
and
Joe B. Norman
jbnorman@liskow.com
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
*Attorneys for Atlantic Richfield Company*

Deborah D. Kuchler
dkuchler@kuchlerpolk.com
Robert E. Guidry
rguidry@kuchlerpolk.com
Sarah E. Iiams
siiams@kuchlerpolk.com
Michele Hale DeShazo
mdeshazo@kuchlerpolk.com
KUCHLER POLK WEINER, LLC
1615 Poydras St., Ste. 1300
New Orleans, LA 70112
*Attorneys for ConocoPhillips Company and The Louisiana Land and Exploration Company, LLC*

Baton Rouge, Louisiana this 19th day of June, 2017.

______________________________
John H. Carmouche

**EXHIBIT H-1**

**CHEVRON WELLS & CHEVRON AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Chevron. The yellow-shaded area is the Chevron Area.

2015 Aerial



**EXHIBIT H-2**

**CONOCO WELLS & CONOCO AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Conoco. The yellow-shaded area is the Conoco Area.

2015 Aerial



## EXHIBIT H-3

### ROZEL WELLS & ROZEL AREA

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Rozel. The yellow-shaded area is the Rozel Area.

2015 Aerial



## EXHIBIT H-4

## LLOG WELLS & LLOG AREA

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by LLOG. The yellow-shaded area is the LLOG Area.

2015 Aerial



**EXHIBIT H-5**

**ARCO WELLS & ARCO AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by ARCO. The yellow-shaded area is the ARCO Area.

2015 Aerial



**EXHIBIT H-6**

**APACHE WELLS & APACHE AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Apache. The yellow-shaded area is the Apache Area.

2015 Aerial



# EXHIBIT H-7

## CHEVRON, CONOCO, ROZEL, LLOG, ARCO & APACHE AREAS

The Operational Area is shown in red below. The other colored areas are the Chevron, Conoco, Rozel, LLOG, ARCO and Apache Areas, as indicated below.

2015 Aerial



**EXHIBIT I-1**

**CHEVRON PITS**

The Operational Area is shown in red below. The Chevron Area is shown in yellow. Red dots show the locations of waste pits which, upon information and belief, were constructed, used and/or closed in violation of CZM Laws by Chevron.

2015 Aerial



**EXHIBIT I-2**

**CONOCO PITS**

The Operational Area is shown in red below. The Conoco Area is shown in yellow. Red dots show the locations of waste pits which, upon information and belief, were constructed, used and/or closed in violation of CZM Laws by Conoco.

2015 Aerial



**EXHIBIT I-5**

**ARCO PITS**

The Operational Area is shown in red below. The ARCO Area is shown in yellow. Red dots show the locations of waste pits which, upon information and belief, were constructed, used and/or closed in violation of CZM Laws by ARCO.

2015 Aerial



**<u>EXHIBIT I-6</u>**

**APACHE PITS**

The Operational Area is shown in red below. The Apache Area is shown in yellow. Red dots show the locations of waste pits which, upon information and belief, were constructed, used and/or closed in violation of CZM Laws by Apache.

2015 Aerial

**EXHIBIT I-6**

**APACHE PITS**



# Exhibit J

## Coastal Use Permits Produced by Defendants

| CUP No. | Description | Chevron | Conoco | Rozel | LLOG | ARCO | Apache |
|---|---|---|---|---|---|---|---|
| P19810618 | DREDGE A CANAL AND SLIP OFF AN EXISTING CANAL | | | ✓ | | | |
| P19860196 | PRPOSED PRODUCTION PLATFORM | | | | | | ✓ |
| P19860331 | PROPOSED FLOWLINE | | | | | | ✓ |
| P19860381 | PROPOSED FLOWLINE | | | | | | ✓ |
| P19860726 | PROPOSED PIPELINE | ✓ | | | | | ✓ |
| P19870225 | MAINTENANCE DREDGING | ✓ | | | | | ✓ |
| P19880698 | PROPOSED GAS LIFE LINE | ✓ | | | | | ✓ |
| P19890271 | PROPOSED PLATFORM AND WALKWAY | ✓ | | | | | ✓ |
| P19890948 | PROPOSED DRILLING STRUCTURE | ✓ | | | | | ✓ |
| P19890949 | INSTALL PLATFORM, WALKWAY, FLOWLINE | ✓ | | | | | ✓ |
| P19890963 | PROPOSED GAS FLOWLINE, WALKWAY AND HEATER PLATFORM | ✓ | | | | | ✓ |
| P19890964 | PROPOSED DRILLING STRUCTURE | ✓ | | | | | ✓ |
| P19890965 | PROPOSED DERDGING, DRILLING AN PIPELINES | ✓ | | | | | ✓ |
| P19890999 | PROPOSED DRILLING STRUCTURE | ✓ | | | | | ✓ |
| P19891000 | PROPOSED GAS FLOWLINE, WALKWAY AND HEATER PLATFORM | ✓ | | | | | ✓ |
| P19900580 | PROPOSED PLATFORMS, BOAT DOCK | | | | | | ✓ |
| P19900949 | PROPOSED GAS LIFT LINE | ✓ | | | | | ✓ |
| P19901118 | PROPOSED BOAT SIP | ✓ | | | | | ✓ |
| P19901170 | PROPOSED GAS LIFT LINE | ✓ | | | | | ✓ |
| P19901276 | PROPOSED WALKWAY AND HEATER PLATFORM | ✓ | | | | | ✓ |
| P19910620 | DREGE SLIP | ✓ | | | | | ✓ |
| P19910621 | DREDGING | ✓ | | | | | ✓ |
| P19911245 | PILINGS AND DOCK | ✓ | | | | | ✓ |
| P19920103 | PROPOSED CHANNEL MARKERS | | | | | | ✓ |
| P19921005 | PROPOSED PIPELINE | | | | | | ✓ |
| P19940450 | PROPOSED DREDGING, DRILLING STRUCTURES AND FLOWLINES | ✓ | | | | | ✓ |
| P19970407 | FLOWLINES | | | | | | ✓ |
| P19971028 | PROPOSED CHANNEL, CLEANOUT, SLIP & STRUCTURES | | | ✓ | | | |
| P19980338 | FLOWLINES | | | | | | ✓ |
| P19981615 | SITE CLEARANCE | | | | | | ✓ |
| P19981741 | PROPOSED FLOWLINE | | | | | | ✓ |
| P20000864 | INSTALL DRILL BARGE | | | | ✓ | | |
| P20001851 | INSTALL PRODUCTION BARGE AND PAD | | | | ✓ | | |
| P20030906 | SITE CLEARANCE | | | | | | ✓ |
| P20031127 | DRILL BARGE | | | | ✓ | | ✓ |
| P20050337 | CLEANOUT, SHELL PAD & STRUCTURES | | | ✓ | | | ✓ |
| P20050841 | PIPELINE, SHELL PAD & STRUCTURES | | | ✓ | | | ✓ |
| P20051626 | SHELL PAD AND STRUCTURES | | | ✓ | | | ✓ |
| P20061801 | SITE CLEARANCE | | | | | | ✓ |
| P20070196 | PROPOSED STIE CLEARANCE | | | | | | ✓ |

# EXHIBIT K

## USGS LAND LOSS IN OPERATIONAL AREA (1932-2010)

Source: USGS Scientific Investigations Map 3164 (2011)

2015 Aerial



Legend:

| | |
|---|---|
| 1932-1956 Loss | 1932-1956 Gain |
| 1956-1973 Loss | 1956-1973 Gain |
| 1973-1975 Loss | 1973-1975 Gain |
| 1975-1977 Loss | 1975-1977 Gain |
| 1977-1985 Loss | 1977-1985 Gain |
| 1985-1988 Loss | 1985-1988 Gain |
| 1988-1990 Loss | 1988-1990 Gain |
| 1990-1995 Loss | 1990-1995 Gain |
| 1995-1998 Loss | 1995-1998 Gain |
| 1998-1999 Loss | 1998-1999 Gain |
| 1999-2002 Loss | 1999-2002 Gain |
| 2002-2004 Loss | 2002-2004 Gain |
| 2004-2006 Loss | 2004-2006 Gain |
| 2006-2008 Loss | 2006-2008 Gain |
| 2008-2009 Loss | 2008-2009 Gain |
| 2009-2010 New Water Area | 2009-2010 New Land Area |