## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH, ET AL.**                    CIVIL ACTION

**VERSUS**                                                        No. 18-5189

**ROZEL OPERATING CO., ET AL.**                    SECTION I

### ORDER

**IT IS ORDERED** that the stay previously ordered in the above-captioned matter is lifted for the limited purpose of allowing plaintiff and plaintiffs-intervenors to file a motion to remand within 30 days of the notice of removal.

**IT IS FURTHER ORDERED** that the previously filed motion[1] for leave to file a memorandum in excess of page limits in support of the joint motion to remand is **GRANTED**.

**IT IS FURTHER ORDERED** that, in light of the stayed nature of the case, the Clerk of Court shall not consider the motion to remand as a pending motion for statistical purposes.

New Orleans, Louisiana, June 19, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 30.