**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES** | * | **CIVIL ACTION: 2:18-CV-05189** |
| | * | |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **ROZEL OPERATING COMPANY, ET AL.** | * | **MAGISTRATE MICHAEL NORTH** |

**************************************

**JOINT MOTION TO SET SUPPLEMENTAL BRIEFING SCHEDULE ON REMAND FROM THE FIFTH CIRCUIT**

In light of the Supreme Court's recent decision remanding a related case to the United States Fifth Circuit [Case No. 24-813, *Chevron U.S.A. Inc. v. Plaquemines Parish, Louisiana,* 608 U.S. ___, 2026 WL 1040461], and the Fifth Circuit's subsequent order vacating the remand order previously issued in this case and remanding this case to this Court for "proceedings consistent with the Supreme Court's opinion" [Fifth Circuit Docket No. 23-30336, Doc. 248-1], Plaintiff, the Parish of Plaquemines, and Intervenors, the State of Louisiana Department of Conservation and Energy (formerly the Louisiana Department of Natural Resources) and the State of Louisiana *ex rel*., Liz Murrill, Attorney General, together with Defendants Chevron USA Inc., Chevron USA Holdings, Inc., and The Texas Company, jointly and respectfully move this Court for an order adopting an expedited briefing schedule.

The parties request that this Court order supplemental briefing in accordance with the following schedule:

- Plaintiff and Intervenors shall file a supplemental opening brief(s) (of no more than a combined total of 32 pages), which shall be due on September 28, 2026.
- Defendants shall file a supplemental response brief(s) (of no more than a combined total of 32 pages), which shall be due on October 8, 2026.

- Plaintiff and Intervenors may file a supplemental reply brief(s) (of no more than a combined total of 14 pages), which shall be due on October 13, 2026.

*By Attorneys for Plaintiff, the Parish of Plaquemines:*

*/s/ Victor L. Marcello*
Donald T. Carmouche, #2226 (dcarmouche@tcmlawoffice.com)
Victor L. Marcello, #9252 (vmarcello@tcmlawoffice.com)
John H. Carmouche, #22294 (jcarmouche@tcmlawoffice.com)
Brian T. Carmouche, #30430 (bcarmouche@tcmlawoffice.com)
Todd J. Wimberley, #34862 (twimberley@tcmlawoffice.com)
D. Adele Owen, #21001 (aowen@tcmlawoffice.com
Leah C. Poole, #35092 (lpoole@tcmlawoffice.com)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Bruce D. Burglass, Jr., #1411 (bburglass@burglass.com)
Andre' C. Gaudin, #20191 (agaudin@burglass.com)
Scott O. Gaspard, #23747 (sgaspard@burglass.com)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

W. Peter Connick, #14158 (pconnick@connicklaw.com)
CONNICK AND CONNICK
3431 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Darren Sumich, #23321 (dsumich@cossichlaw.com)
David A. Parsiola, #21005 (dparsiola@cossichlaw.com)
Brandon J. Taylor, #27662 (btaylor@cossichlaw.com)
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

- and –

*By Attorney for Intervenor, the State of Louisiana, through the Louisiana Department of Conservation and Energy:*

*/s/ J. Blake Canfield*
J. Blake Canfield, #30426 (blake.canfield@la.gov)
Executive Counsel
LOUISIANA DEPARTMENT OF
CONSERVATION AND ENERGY
Post Office Box 94396
Baton Rouge, LA 70804
Telephone: (225) 342-4274

- and -

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton (27956)
bmelton@fairclothlaw.com
Richard F. Norem (38849)
enorem@fairclothlaw.com
FAIRCLOTH MELTON BASH & GREEN, LLC
105 Yorktown Drive
Alexandria, LA 71303
Telephone: (318) 619-7755
Fax: (318) 619-7744

*Special Assistant Attorneys General*
*Counsel for the State of Louisiana, ex rel.*

- and-

*/s/ Alexandra White*
Alexandra White (#29478)
lwhite@susmangodfrey.com
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TXs 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

-and-

Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

-and-

Charles S. McCowan, III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Counsel for Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., and The Texas Company*